1

- - - - - - - - - - - - - x
In the Matter of the
LOCAL 17-18 UNITED PRODUCTION WORKERS UNION
TRIAL COMMITTEE HEARING
- - - - - - - - - - - - - x
                4127 18th Avenue
                Brooklyn, New York

                March 3, 2020
                6:00 P.M.

B E F O R E:
    DOUGLAS ISAACSON, President
    ARTHUR SCHWARTZ, ESQ.
    225 Broadway, Suite 1902
    New York, New York 10007

TRIAL COMMITTEE:
    JOSE ALONSO
    MARIA ALCALA
    OSVALDO DIAZ

ALSO PRESENT:

ANTHONY PELLINO, Business Agent

JOSE ENEAS NUNEZ, Spanish Interpreter

2

THE PRESIDENT: Good evening. We are here tonight for the first time in the history of Local 17-18 to convene a trial on various charges brought against myself and other members of the Union.

Never before have we have ever encountered such an event. In accordance with the Constitution and the Bylaws of the Union, the Members have the right to file charges if they believe an injustice might have occurred.

Sitting here tonight at the table are Members from the Trial Committee. I ask that they just announce their names for the record.

MR. ALONSO: Jose Alonso.

MS. ALCALA: Maria Alcala.

MR. DIAZ: Osvaldo Diaz.

THE PRESIDENT: Thank you.

The charges will be read and all parties will have the opportunity to engage in the process set forth in

3

accordance with the Union's Bylaws and the Constitution.

At this time, I would like to give the meeting over to Arthur Schwartz, the attorney who will be presiding over the trial. Thank you very much.

MR. SCHWARTZ: We are going to start with Jose Alonso.

MR. ALONSO: Good evening. I have been selected by the Trial Committee of Local 17-18 to hear this trial hearing. The other Trial Committee members are Maria Alcala, Osvaldo Diaz.

Now, we have two persons that are missing, Elizabeth Hernandez has a childcare problem and is not here, and Victor Bello. Elizabeth Hernandez has a childcare problem and Victor Bello's stepmother passed away and he is not here.

Okay. We will proceed with three people, as rulings must be unanimous.

4

We are acting pursuant to the Local 17-18, United Production Workers' Union Constitution and Bylaws.

We were appointed, at a Special Membership meeting on February 18th, 2020, to hear three sets of charges:

No. 1: Charges dated January 28th, 2020 filed on Eligio Garcia, Yanira Herrera, Jonathan Escalona, and Maria Sarawillo against Daniel Mello, Valentina Gonzalez, Elkin Garcia, and Matias Cordoba.

Charges dated February 14th 2020 filed by Daniel Mello, Valentina Gonzalez, Elkin Garcia, and Matias Cordoba against Douglas Isaacson and Julio Marquez.

Charges dated February, the 18th, 2020 between Douglas Isaacson against Daniel Mello.

MR. ALONSO: Is Eligio Garcia, Yanira Herrera --

ATTENDEE: Not here.

THE PRESIDENT: Not here.

**5**

MR. ALONSO: Jonathan Escalona and Maria Sarawillo?

THE PRESIDENT: Not here.

MR. ALONSO: Daniel Mello, Valentina Gonzalez, Elkin Garcia, Matias Cordoba here? Daniel Mello? Valentina Gonzalez? Elkin Garcia? Matias Cordoba? All right.

Are Douglas Isaacson and Julio Marquez here?

THE PRESIDENT: Yes.

MR. MARQUEZ: Yes.

MR. ALONSO: We have a court reporter here to take minutes. The Trial Committee was concerned that this hearing be conducted 100 percent in accordance with the Law and Local 17-18 Constitution. We have asked Local 17-18 Special Counsel, Arthur Schwartz, to assist us in conducting this hearing.

We are aware that Daniel Mello, Valentina Gonzalez, Elkin Garcia, and Matias Cordoba object.

**6**

It is our position that nothing in the Local 17-18 Constitution prohibits the Committee from seeking professional assistance -- let me finish the sentence -- in fact, it is in everyone's best interest.

So, at this point, I'm going to ask Mr. Schwartz to take over.

MR. MELLO: I would like to speak.

MR. SCHWARTZ: No, not your turn. Sorry.

MR. MELLO: I would like to speak.

MR. SCHWARTZ: You will get to speak.

The first thing I'm going to do is just --

(Whereupon, the record was interrupted.)

(At this time, there was a pause in the proceeding.)

THE PRESIDENT: Can we ask people who have cellphones to just shut it or

**7**

put it on vibrate. It is very disruptive and distractive for the court reporter.

MR. SCHWARTZ: So, the first thing I'm going to do before we get into the trial is go through some documents that make up the record prior to tonight so that everybody -- so everybody has a copy and there is a record so that if there is any challenge later, there is no question about how we got to where we are tonight.

So, the first document is -- the first document is the minutes of the Special Membership meeting from February 18th, 2020, and I will make a pile and I will give them all a copy to you, Mr. Mello.

The minutes have, as Exhibit A, the signed -- the minutes have the sign-in sheet for that date. The minutes recite that at the meeting, President Isaacson, on the charges

**8**

against -- on the original set of charges dated January 28th were read.

And then Mr. Mello said that he wanted to present charges against Douglas Isaacson and Julio Marquez, so those were read.

And then Douglas Isaacson asked to present additional charges against Daniel Mello, so those were read.

And the -- those are all attached to the minutes. The --

THE INTERPRETER: Can I translate?

MR. SCHWARTZ: Go ahead.

(Whereupon, the requested section was translated back by the Interpreter.)

So I then asked Brother Mello and President Isaacson whether they would object to having all three charges heard --

MR. MELLO: I thought you know. How are you going to expect the same people to do it?

9

MR. SCHWARTZ: This is not a dialogue. We will get to your objection. You stated it and we will all put it on the record.

MR. ALONSO: Let them talk and then you guys talk.

MR. MELLO: I try to talk.

MR. ALONSO: You will have your time. Let them talk and then you will be able to talk.

MR. SCHWARTZ: Mr. Mello, I'm going to get to all of your objections and if you need to add something, you will get a chance to add something, but if you speak every time I speak, it will be impossible to get a record of this matter --

MR. MELLO: I want to finish this early.

MR. ALONSO: This is a process. You have to follow the process.

MR. SCHWARTZ: If you want to finish early, then don't cut me off at every sentence I make, okay?

10

MR. MELLO: We have the right to be here. You are not a member of the Union.

MR. SCHWARTZ: You could have gone to court before and said that, and you know what, a judge may have said you were right, but you did not, and that's why we are having this procedure.

Brother Mello said he had not been served with the charges -- he had not been served with a signed copy of the charges in the letter from Luis Moreano, dated February 6th, 2020. The Secretary Treasurer disagreed. Brother Mello produced a copy of the charges, which appeared to have a line across the middle.

Arthur Schwartz gave Brother Mello a signed copy of the 1/28/20 charges at the meeting. This was on February 18th. We then went to the Selection of Trial Committee Members.

President Isaacson gave his right

11

to name somebody to the Vice President, Shirley Gee, who chose Jose Alonso, Elizabeth Hernandez, and Maria Alcala. And then Chiam Stern, the Secretary Treasurer, gave his right to Luis Moreano, and the Recording Secretary, Luis Moreano, nominated Osvaldo Diaz and Eligio Garcia.

I pointed out that Eligio Garcia was a charging party, so Luis Moreano then suggested the selected Victor Bello.

All right. Do you want to translate that?

(Whereupon, the requested section was interpreter by the Interpreter.)

MR. SCHWARTZ: So, then, attached to the minutes are, as Exhibit A, are the signed statement of the charges.

Exhibit B, that's in Spanish, Exhibit B is the unsigned statement of charges 1/28/20.

In English, Exhibit C, is the letter from Luis Moreano to Daniel

12

Mello notifying him of the Notice of the Special Membership Meeting, 2/6 -- a letter dated 2/6/20 to -- from Luis Moreano to Daniel Mello notifying him of the charges and of the Special Membership Meeting.

A letter, Exhibit D, is a letter from Luis Moreano to Elkin Garcia, with notice of the 2/6/20 meeting.

Exhibit E is a letter from Luis Moreano to Matias Cordoba with a notice of the 2/6/20 meeting -- the Notice of the Meeting dated 2/6/20.

Exhibit F is the letter from Luis Moreano to Valentina Gonzalez with Notice of Charges and the Notice of the Special Membership Meeting sent on 2/6/20.

And then Exhibit G is the Notice of the Special Membership Meeting, that these are the minutes of, that was dated 1/28/20. Those are attached to the minutes and I will give you a copy.

And as Exhibit J, for the record

**13**

here, is a notice to Daniel Mello, Elkin Garcia, Matias Cordoba, and Valentina Gonzalez of today's hearing. And attached, again, signed copies of all three sets of charges.

Then, as Exhibit L, for the record, is a letter dated February 27th, 2020, from -- but it was faxed on February 28th, 2020, which was last Friday at 3:36 p.m. from -- it was written from Daniel Mello, Elkin Garcia, Matias Cordoba, and Valentina Gonzalez.

And it was sent to me and it was also addressed to Douglas Isaacson, Shirley Gee, Chiam Stern, Luis Moreano, Victor Bello, Martin Melendez. It was not addressed to the Trial Committee.

And, so, that -- that raised a series of objections.

Do you want to translate from there?

THE INTERPRETER: Sure.

(Whereupon, the requested section

**14**

was interpreted back by the Interpreter.)

MR. SCHWARTZ: Just to in review, the first objection was that I, Arthur Schwartz, was not -- it was against the Constitution of the Union for me to act as counsel to the Trial Committee.

The second objection is that -- it was about the contents of the charges and it says that, in brief, Mr. Isaacson is a member of the Hasidic community and all 50 of the Union shops are owned by Hasidic community and Local 18 has already been found to have favored management by the NRB.

It is relevant to the election campaign and it is not hate speech.

And they asked for copies of any campaign literature that the unnamed members complained that we distributed to the membership.

And they complained that without them, their due process rights were violated.

**15**

Then the Objection 3, again, complained that the copy that was received in the mail from Recording Secretary Moreano was not signed.

It states that a true copy -- a true and complete copy of the charges were never served on Mello, Garcia, Cordoba, and Gonzalez in violation of the Constitution and Bylaws.

It's on the third page.

And I would just note for the record that copies were handed to the four people who signed this letter on February 18th and they were mailed to them with a Notice of Hearing on February 21st.

Again, Objection 4, they complained that now only Mello now has a new copy of the charges signed by the Members of the Union.

And Objection 5 is that Victor Bello, who had been chosen for the Trial Committee, was a Member of the Executive Board and could not serve,

**16**

and that Maria Alcala and Osvaldo Diaz are campaigning against Mello, Garcia, Cordoba, and Gonzalez.

And they also complained that, with respect to the two charges that involved President Isaacson, that it was wrong for him to pass off his choice to Vice President Gee, and that, under the Constitution, they should have been selected at the membership meeting by the members.

And then he complained,.

Objection 6, they complained that they were not served with the charges that they brought against President Isaacson and Julio Marquez.

And Brother Mello asserted that I ridiculed him at the meeting and that I was biassed and that I personally intimidated Presidential Candidate Mello. So, that -- that is -- we marked that as Exhibit L.

Then there was a response that was sent to all five -- all four of the

**17**

people charged, Mello, Garcia, Cordoba, and Garcia, all of the people who had filed the objections, that was sent by me on February 28th.

Attached to the letter were, as best as I could tell, some of the flyers and postings online that were the subject of the charges, and they were advised that Victor Bello is no longer on the Executive Board, and that the -- he questioned whether comments like if the Union is still run by Jews, we will be fucked, and we need a president held by workers, not a president who fixes everything with his Jewish relatives and whether statements of, you have to take out that Jew that only benefits other Jews of the company, whether that was protected speech.

It raised that question, you are free to argue this as protective speech --

MR. ALONSO: Excuse me, Mr.

**18**

Schwartz.

Are you recording?

MR. MELLO: Yeah.

MR. ALONSO: No, you can't record. There is a sign here, it says that you can't record --

MR. SCHWARTZ: We have a stenographer so that you can have the transcript.

MR. ALONSO: So please remove the phone or turn it off. I appreciate that --

(Indiscernible cross talk.)

MR. SCHWARTZ: I also said that if there were procedural problems with the charges that Mr. -- that the four people brought against President Isaacson and Business Agent Marquez, and with the charges served that night of the meeting, if there were problems with the proceeding with those, they should state that and we would not proceed with them tonight.

I denied ridiculing Mr. Mello and

**19**

I stated that I was sure he was taping me and you can play the tape and see what I said.

And people should understand I have been doing this for 40 years. And most of the work that I have done in this area has involved representing members who were brought up on charges by their unions, for representing people who feel that they were denied fair elections.

And I believe the reason that I was brought in here is because I have a broad knowledge of how to protect members' rights.

So, that letter was sent February 28th, it was sent to Mr. Mello by e-mail and mail, and the other three people, by regular mail.

Then the Trial Committee adopted the -- I'm sorry -- and then on March 2nd, which was yesterday, there was another letter faxed to my office and perhaps to the Union office from the

**20**

four -- the same four people, Mr. Mello, Mr. Garcia, Matias Cordoba, and Valentina Gonzalez. So, this came in late yesterday afternoon.

Even though it wasn't sent to the Trial Committee, it demanded that the Trial Committee take a position on the objections being raised.

So, this is Exhibit N, the Trial Committee reviewed the rulings and adopted them, and that's Exhibit K.

Now, what one of the important parts of what we decided was that it is true that under the Constitution, if the President of the Union is a Charging Party or a Subject of Charges, that his designation to the Trial Committee gets -- has to be passed on to the members at the special meeting.

And, so, the Trial Committee agreed with my recommendation that if on the second and third charges, the ones that were served at the meeting on February 18th, if you don't want to

proceed on those, we can do those -- we can do that process later.

So, question, and I will pose it to you first, the first charge that was noted was your charge, Mr. Mello, and the other three, you have a charge against President Isaacson and Business Agent Marquez.

Do you want to proceed with that tonight or no, with this three member Trial Committee?

MR. MELLO: I want a new Trial Committee, I don't want to proceed with the same trial. It's the same process. It is not fair.

MR. SCHWARTZ: For your charge against Mr. Isaacson? I'm asking --

MR. MELLO: That's what I am saying. It's not fair that the same people judge the same case.

MR. SCHWARTZ: Do you have the same position on President Isaacson's charge against you?

MR. MELLO: Yes, same position.

MR. SCHWARTZ: So, the only charge that we are going to hear tonight --

MR. MELLO: This has to be new. You have three people there. There is five. You are missing two.

MR. SCHWARTZ: The only charge that we are going to hear tonight is the initial charge, dated January 28th, and if you would like, this is all of the documents that I just read from.

MR. MELLO: What is this?

MR. SCHWARTZ: Those are all of the exhibits that I was putting in the record.

One of the requirements of the law, not of the Union Constitution, but of the law that applies to union trials, is that you have to have a transcript or a tape recording. Tape recordings then are useless unless they are transcribed, so we decided to just transcribe it with the Stenographer.

THE PRESIDENT: Mr. Swartz, for

clarification purposes, I would like to ask -- I understand that Mr. Mello was asked about the charges filed against myself and Mr. Marquez, if he would like to proceed --

MR. SCHWARTZ: He said no.

THE PRESIDENT: Correct. And he said as far as the charges I filed against him, do I have a right? Because I find it quite interesting that he had the opportunity to decide on my behalf.

MR. SCHWARTZ: Right, but --

THE PRESIDENT: I just want to clarify.

MR. SCHWARTZ: -- it wasn't deciding on your behalf, both sides have rights --

THE PRESIDENT: Correct.

MR. SCHWARTZ: -- so we should have that night. I mean it was surprising to get charges served at the meeting, we should have -- instead of your choices being made by Vice

President Gee, on the second and third charges, this should have been nominated and selected at the meeting.

THE PRESIDENT: Okay. Thank you.

MR. SCHWARTZ: So that was an error, so, as to not create any problems.

THE PRESIDENT: Thank you for clarifying.

MR. MELLO: Excuse me. You said that was an error? You are saying now that that was a mistake?

MR. SCHWARTZ: Yeah.

MR. MELLO: So why don't we have a new membership meeting?

MR. SCHWARTZ: We will on the second and third charges. You will have --

MR. MELLO: No, for everything. You just said there was an error --

MR. SCHWARTZ: There was not on the first charge, he was not a party --

MR. MELLO: Are you saying -- but he was affected by the charges, that's

why he gave up his right.

MR. SCHWARTZ: No, it doesn't say that.

MR. MELLO: That's why he gave up his right.

MR. SCHWARTZ: No, he gave up his right because he didn't want it to be said that he was prejudice, that he was picking someone out of prejudice. That was his right and if you object to that, that was totally within your interest. The Constitution doesn't forbid him from doing that.

But the Constitution does say that the members, on the second and third charges, should have been -- should have been chosen by the people present.

And since you pointed that out and you object, the last thing we want to do is have this wind up in a court when it's not necessary.

The second and third charges will have to be the subject of another

Special Membership Meeting, but the first set of charges that were brought against you, dated January 28th, are wholly proper.

There are two members missing on the Trial Committee. That is why Brother Alonso said for any decision to be made, it has to be unanimous, not because that's the rule, because it could be a two to three vote on a Trial Committee, but since there is only three members of the Trial Committee here, whatever they decide has to be unanimous.

The fact that two people aren't here doesn't mean that the trial doesn't go forward, and you can appeal that objection in whatever way you want to appeal it, there are appeal rights in the Constitution.

So, now we get to the trial, and the trial is just going to be on the first set of charges, which I will read again for the record, so that there is

no confusion.

I'm going to read from the charges there, if you look at J, Exhibit J.

THE INTERPRETER: Got it.

(Whereupon, the requested section was translated back by the Interpreter.)

MR. SCHWARTZ: I'm going to read from the third page, and it's in Spanish on the fourth page -- sorry, the third page is in Spanish, I'm going to read from the fourth page.

To the Secretary of Local 17-18, we are members of Local 17-18 United Production Workers. Our fellow members, Daniel Mello, Valentina Gonzalez, Elkin Garcia, Matias Cordoba have been circulating literature in connection with the upcoming union election that attacks the incumbent leadership because, according to the literature, they are Jewish.

The literature goes on to state

that the leadership of Local 17-18 has taken actions with respect to employers because the leaders and employers are all Jewish.

Local 17-18 is a union with members of multiple races and nationalities. Avoidance of hate speech, be it racist, xenophobic, or anti-Semitic is critical to the functioning of our Union as an institution.

The literature and messages are anti-Semitic. Such literature and people who circulate such literature have no place in our Union.

The four named individuals are charged with violating Article XI Section 2 of the Local 17-18 Bylaws which allows charges to be brought against the member who abuses another member.

The four named individuals have engaged in abusive, despicable behavior and have no place in our Union. It is

29

requested that the Union proceed with a trial, as per Article XI Section 2 of the Local 17-18 Bylaws.

And it is signed by Eligio Garcia, Yanira Ramirez Herrera, Jonathan Escalona, and Maria Sarawillo.

Do you want to read it?

(Whereupon, the requested section was translated back by the Interpreter.)

MR. SCHWARTZ: So the way that the trial proceeds is that the Charging Parties, the four people who brought the charges, they should probably come towards the front, the two of you who are here.

You go first and present evidence through witnesses. You can -- the witness doesn't have to be you, you could call somebody else.

After that witness says what they need to say, then the four people who are charged, Mr. Mello and the other three, can ask questions of that

30

witness.

And then after the Charging Parties finish putting on all of their witnesses, then Mr. Mello, Ms. Gonzalez, Mr. Garcia, and Mr. Cordoba can present their defense.

After, when they finish, the Trial Committee will then convene and make a decision.

All right. So the two of the Charging Parties are here?

THE PRESIDENT: Correct.

Eligio, would you please come forward?

He is one of the Charging Parties, and you signed on the charges, too.

MR. SCHWARTZ: What would you like to present to the Committee?

THE INTERPRETER: One of the reasons why he presented the charges was -- against the four people -- is because he disagrees that they are portraying or presenting any type of

31

racial hatred.

MR. GARCIA: I believe that the Union works with people from different races and from different nationalities, so I don't think it is fair or they should act in any way that portrayed any type of discrimination.

I am -- I personally am a Christian man. And before, they were, like, doing some union shops and some -- they were together in the group of union shop, and they would, like, present. And the minute that I started citing Bible verses or anything that would identify, they discriminated me right away.

MR. ALONSO: Excuse me, you said "shop", right?

THE INTERPRETER: Shop. Shop.

MR. GARCIA: So he would make comments that would be in line with his belief, with his Christian belief, and then the moment that he would get these opinions or these views, they

32

immediately, like, discriminated him and kicked him out of the shop.

I'm assuming that I was -- that they took me out because of that, because of that reason, because the only comments that I gave was actually referring towards God.

I felt attacked because the same way that they attacked people from the Jewish faith, they attacked me. They attacked me because I'm a Christian and I don't believe they should be allowed to do that.

And that is the reason why I do present charges, because I believe that the Union represents not only as nations, but people from different faiths and beliefs. And that's all.

MR. SCHWARTZ: Now, can you -- do you have any evidence or do you want to call someone to present evidence?

THE INTERPRETER: So, he provided the shops, in which he assisted, and that those were the things that were

**33**

presented as evidence.

MR. SCHWARTZ: Do you have copies?

MR. GARCIA: So, I spoke to him the minute that I started --

MR. SCHWARTZ: Who is "him"?

THE INTERPRETER: "Him" would be Mr. Isaacson.

(Indiscernible Spanish colloquy.)

THE INTERPRETER: Oh my God, I am talking in Spanish.

He talked to Mr. Isaacson to explain the situation that I was going through and about the shops, they all have the evidence presented there.

And the evidence are provided in the documents.

MR. SCHWARTZ: Do you want President Isaacson to put those documents into the record?

MR. GARCIA: Yeah.

MR. ALONSO: Just to make it clear, Mr. Swartz sent the Committee copies of all of the evidence.

**34**

MR. SCHWARTZ: It is all in the letter I sent. I don't know if that's all of it.

MR. ALONSO: I don't know.

THE INTERPRETER: Would it be M, the Exhibit M?

MR. SCHWARTZ: Yeah.

Do you want Mr. Isaacson to speak?

MR. GARCIA: Yeah.

THE PRESIDENT: I'm going to speak. Here is a copy of the speech.

Good evening. Once again, I'm Douglas Isaacson, President of Local 17-18. I'm a Jew of the Hassidic community.

I have become victim of outright anti-Semitism by a hate-filled campaign that is being run by four members that are running for Union office.

At this time, I want to publicly commend the courageous members who came forward, had the strength to file charges against these members, and had

**35**

the presence of mind to realize that such horrible hate speech, both written and verbal, needed to come to an end.

It's very hard for me to even begin to understand the extent of venom and hate that is behind such material.

I'm very well aware that this racist and hate-filled campaign is being driven by an ex-Union employee by the name Francisco Jarra (phonetic spelling of name). He was terminated by the Union for engaging in unsanctioned and unlawful activities.

He was taking money from innocent people because they were not documented. He saw an opportunity to exploit these vulnerable members for his own personal gain.

After receiving numerous complaints from the affected members about what he was doing, I fired him on the spot.

Now he is on a warpath to destroy me and the Union because I was the one

**36**

who put an end to his scheme of hurting innocent people, members of the Union, your friends, relatives, and coworkers.

One might think in this day and age, we have advanced in so many different ways, only to realize we have yet to overcome the bigotry and prejudice that still exists throughout the world by a small amount of hateful people.

I quote the famous words of Cesar Chavez, who fights for Latino rights in this country and across the world. He says: "Preservation of one's own culture does not require contempt or disrespect of other cultures."

We are living in a country of democracy. We are truly blessed with so many blessings and opportunities to grow, if we choose.

True, we have freedom of speech, people are entitled to their views and opinions, but there is still that line that one has to be very careful not to

## 37

cross, and that is anti-Semitism, racism, bigotry, and overall hate speech.

Tonight, I will present to you the evidence that will demonstrate the fact that these four individuals are engaging in hateful and unethical behavior.

I would like to mark this as Exhibit 1-A.

(Whereupon, a 1-page document was marked as Exhibit 1-A, for identification, as of this date.)

MR. SCHWARTZ: Do you have copies?

THE PRESIDENT: I have copies for everyone here.

I bring your attention to Exhibit 1-A, a What's App chat, and I will quote, "We all know that while the Union is led by a Jew and the companies that manage this Union are owned by a Jew, we will never be well defended and not because they are bad.

## 38

Only that they will always help and that we have to do help us vote for change."

I'd like to mark this as Exhibit 1-B.

(Whereupon, a 1-page document was marked as Exhibit 1-B, for identification, as of this date.)

THE PRESIDENT: Once again, I will read it on the record, once again, the same vial comments with a sticker for Everyone Wins and Everyone Votes, We Win.

I'd like to mark Exhibit 1-C.

(Whereupon, a 1-page document was marked as Exhibit 1-C, for identification, as of this date.)

THE PRESIDENT: Once again, the continuation of their comments, with a new sticker, Be Smart With Your Vote.

I'd like to mark this as Exhibit 2.

(Whereupon, a 1-page document was marked as Exhibit 2, for

## 39

identification, as of this date.)

THE PRESIDENT: I quote, "Those of us who are harmed are those who are not Jews and we hold nothing against the Jews. But if the Union is still run by the Jews, we will be fucked."

I'd like to mark Exhibit 3.

(Whereupon, a 1-page document was marked as Exhibit 3, for identification, as of this date.)

THE PRESIDENT: "The current President of the Union is Jewish and allows his Jewish friends to decide how they want the workers contracted.

I, as a member of this Union, disagree with that practice. But since we can't stop that, we have to vote for change."

Once again, the Jew has to be mentioned in their material.

Such horrible words begin to manifest and then people begin to spread the vicious lies.

I'd like to present Exhibit 4.

## 40

(Whereupon, a 1-page document was marked as Exhibit 4, for identification, as of this date.)

THE PRESIDENT: "This is what we need, a president held by the workers, not a president who fixes everything with his Jewish relatives."

Exhibit 5.

(Whereupon, a 1-page document was marked as Exhibit 5, for identification, as of this date.)

THE PRESIDENT: The end of the quote is what their whole motive is, "Take out the Jew," spreading their hatred of the Jew.

Exhibit 6, please.

(Whereupon, a 1-page document was marked as Exhibit 6, for identification, as of this date.)

THE PRESIDENT: And then they have to end it so well. And they say, "And you see, the only way to get back is to get rid of the Jew because most of those who work in the Union now are

**41**

Jews, except for about three."

Exhibit 7.

(Whereupon, a 1-page document was marked as Exhibit 7, for identification, as of this date.)

THE PRESIDENT: "This is the opportunity to change the Union from its roots, whoever wants to change. The Jew, because in the Union, most of those who work in the Union now are Jewish, except for about three."

They have made their motive very clear. They made it so clear, they want to make it so that everyone will enjoy it.

I would like to enter Exhibit 8.

(Whereupon, a 1-page document was marked as Exhibit 8, for identification, as of this date.)

THE PRESIDENT: Their one and only motive is to get rid of the Jew, and as they distribute the nuts, they make it clear what they are only interested in.

**42**

This dialect, I believe, is a blatant display of an anti-Semitic racist pattern of thought and belief and is proved positive that this is their sole nature to get rid of the Jew and get the Jew out of Office.

Their own words, "Fuck the Jew," "Get rid of the Jew".

What did I ever to do these poor people for them to engage in such a slanderous, hurtful, and vicious attack against me?

I have spent the majority of my career fighting for the rights of all workers and I'm proud of what I have been able to accomplish for the Membership of Local 17-18.

It was the year 1924, a man by the name of Adolf Hitler, a Nazi leader, wrote a book called Mein Kampf, it consisted of 720 pages. Hitler writes about his life and his upbringing and his vision of a perfect world. He believed in only one race.

**43**

He started off at a young age becoming an activist and gradually building up a hatred towards the Jews. For what reason? We will never know.

Some people say he didn't like the way the Jewish people dressed, he didn't like the way the Jewish people acted.

As he continued on his journey, he began to hate the Jews more and more. He began to read and circulate this propaganda of hatred. And within time, he could longer take it.

He believed that he would become the savior of the people of Germany. His message: May the world be a Jew-ridden place. He began to circulate the propaganda: Fuck the Jew, get rid of the Jew, the Jew, the Jew.

And this is how it began: One man, one thought, and it began to spread. A great big Holocaust started and the annihilation of 6 million Jews

**44**

is what happened.

Unions are obligated, by law, to represent all workers. The workers are of all cultures, religions, races, cultures. Our Union doesn't believe in discrimination based on race, creed, religion, sexual orientation, or any other legally-protected category.

As workers, we all share a common bond, a common agenda, to improve our working conditions, terms of employment, through collective action. It doesn't matter where you come from or what your personal beliefs are and what your preferences are.

We are all in this together. We are brothers and sisters who stand in solidarity based on the bond we share.

Today the Jew, who will it be tomorrow? Will it be the Asians, the blacks, Ecuadorians? Where will it stop?

We are here tonight to put a stop to such hatred, bigotry, and racism.

**45**

Thank you very much.

MR. ALONSO: Can we have a little recess so we can go to the bathroom?

MR. SCHWARTZ: We are going to have a short bathroom recess.

(Whereupon, a brief recess was taken at this time.)

MR. SCHWARTZ: Have the Charging Parties finished their presentation? Have you finished?

MR. GARCIA: Yeah.

MR. SCHWARTZ: Now, Mr. Mello, and the other four, the first thing -- the first right you have is to ask questions of either the first witness or the second witness. You can ask them questions. Then when you finish asking them questions, you can put on your own defense.

But the first part is: Did you have questions of Eligio or of Douglas Isaacson? Do you have any questions to ask them?

MR. MELLO: I want to speak with

**46**

the Chairman.

MR. ALONSO: I am the Chair.

MR. SCHWARTZ: Yeah, and they asked me to run the hearing, that's how it is going to proceed.

Do you want to ask any questions?

MR. MELLO: What I want to say is: We need to postpone this because I can't -- you sent me the proof I have yesterday. That's when I got it in the mail. I don't have time to prepare my defense, so I would like to ask you to postpone this and --

MR. SCHWARTZ: It is not being postponed.

MR. MELLO: It is my right to have a defense, so I can't prepare it myself in a day. I am working 11 hours, I come over here, tomorrow I have to go to work 5:00 in the morning. It is 8:00 almost. Why don't we postpone this and do it in a day when everyone can stay long nights and review everything, I have the time to

**47**

make my defense.

Because you showed me this -- I got this yesterday in the mail, so how am I going to make my defense if you don't allow me to do this? I worked yesterday. I got home 6:00 in the afternoon. I have to wake up at 6:00 (sic) to be working at 6:00.

How am I going to prepare a defense when I don't have the time to do it? You don't give me time.

MR. SCHWARTZ: Do you have a response?

MR. MELLO: You haven't given me any time to be prepared. I can't ask any questions.

MR. SCHWARTZ: Do you want to respond? And then you can decide if you don't want to ask questions.

First of all, there is no right under the law to get copies of every piece of evidence that is going to get put in.

You were on notice since February

**48**

6th that you were accused of posting hate literature.

You -- you -- the people who posted it, unless you want to get up and deny that you did it, know what they posted, they know what it was referring to.

And the fact of the matter is that you have had discussions about it, you have had other discussions about it with other people, and you have the right -- it's not going to get postponed --

MR. MELLO: Why not?

MR. SCHWARTZ: It is not going to get postponed, unless the Committee wants to overrule me. It is not going to get postponed.

You have been on notice that you have been charged with spreading anti-Semitic hate literature since February 6th, maybe you received the mail on February 8th, you asked for the specific documents, you got it on

**49**

Friday when I e-mailed it to you, or maybe Saturday.

MR. MELLO: I don't have a printer.

MR. SCHWARTZ: You sent it to me by e-mail and I sent it back to you by e-mail. You have had it since Saturday. You have had all of the documents, which is more than you are entitled to under the law, but you certainly have been on notice.

At no time did you come forward and say, "I don't know what you are talking about. I didn't post anything that would be considered hate literature."

In fact, in your letter of February 27th -- in your letter of February 27th, you have a whole discussion of -- you have a whole discussion about an allegation that you say that the leadership of Local 17-18 has taken actions with respect to employers because the leaders and

**50**

employers were all Jewish and you say that that's not hate speech.

And you continue to talk in that letter -- or in your second letter about -- that second letter -- sorry, that's your letter of, yeah, February 22nd.

And in your letter of March 2nd, you state: President Isaacson -- the fact that Isaacson is a member of the Hassidic community and all 50 of the Union shops are owned by Hassidic community and Local 17-18 has already been found to favor management, so -- and that is not hate speech.

So, you have the right to come up here and say "I didn't write that literature. I don't know where it came from. I don't know who posted it." You have the right to ask President Isaacson where he got it from. You have the right to ask him why he thinks it's hate speech, why it isn't normal campaign speech. You have the right to

**51**

ask all of those questions. You don't need more time to ask all of those questions.

The question I am going to repose to you is: Do you want to ask any questions of Eligio or President Isaacson? And if you don't want to ask them questions, then it's your turn to put on a defense. It is your choice to say at that point that I don't want a defense or not, all right?

The first question is: Do you want to ask any questions of Eligio or President Isaacson?

MR. MELLO: I'm going to reserve my right to ask any questions when I finish what I have to say.

You have not allowed me to do it --

MR. SCHWARTZ: All right. Wait one second. Do you want to present a defense to the charges --

MR. MELLO: I'm going to finish my defense after I finish my

**52**

objections. You have not allowed me to finish. It is not fair. You are not allowing me to present myself.

MR. SCHWARTZ: You have more objections other than the 10 pages of writing that you have already submitted, right? Yes?

MR. MELLO: So, yes, but nobody is here. You didn't send me an e-mail with the Chair -- the Chair --

MR. ALONSO: The Chairperson.

MR. MELLO: -- the Chairperson. So I can't send him my requests, my objections because you didn't tell me.

You told me any objection has to come through me. I don't know why because you are a lawyer, this is a Union matter. We have to be members of the Union. You are not a member of the Union.

You are working two sides; one side for the election and the other side is for the judges and for the Review Committee. That's not right.

**53**

You don't have the right to be here in the Constitution.

MR. SCHWARTZ: You have said that before.

MR. MELLO: Yes, and I want to repeat myself.

MR. SCHWARTZ: Go ahead.

MR. ALONSO: The Committee would like you to state your objections. Go ahead.

MR. MELLO: The first one, the guy over here?

THE INTERPRETER: Would you mind if I translate?

(Whereupon, the requested section was translated by the Interpreter.)

THE INTERPRETER: Did I miss anything?

MR. MELLO: Okay.

THE PRESIDENT: For the record, I think it is important that the question that you posed to Mr. Mello should be asked of the other three people that were part of it. I don't want it to be

**54**

read in the record that you, Mr. Schwartz, precluded any of the others, okay? Thank you.

MR. SCHWARTZ: If any of the other four --

MR. MELLO: I have more objections --

MR. SCHWARTZ: President Isaacson raised an important point.

If any of the other three people, Mr. Garcia, Matias Cordoba, Valentina Gonzalez, if they want to add something to what Mr. Mello says, you are welcome to do that. You also -- you have as many rights as him.

THE INTERPRETER: He is saying that everything has been spoken to. "He" is Matias Cordoba. He is saying that he is going to speak for them.

However, Mr. Mello is saying he is only going to speak for him, if they want to speak, they could speak for everybody else.

So, this is a copy of the charges

**55**

that was sent to him. That's the envelope. That's the envelope. It was on a raining day. The Constitution got wet.

THE PRESIDENT: The only reason I am objecting is because I would like to know --

MR. SCHWARTZ: He is putting in his objections.

THE PRESIDENT: These are your exhibits? I want to know what you are bringing in.

MR. MELLO: This is part of my objections. The signed copy is not here. Nobody gave me the signed copy.

MR. SCHWARTZ: You are stating that when you got the envelope, it didn't have a copy of the charges?

MR. MELLO: A signed copy of the charges.

MR. SCHWARTZ: You have stated that before. Mr. Mello -- Mr. Mello --

MR. MELLO: Yes. This is the envelope. Nothing was signed. That's

**56**

-- that's -- you break your own rules of due process.

MR. SCHWARTZ: Can I ask you a question, Mr. Mello? Mr. Mello?

MR. MELLO: Yeah.

MR. SCHWARTZ: Did you get a copy of the February 18th meeting? Did you get a copy of the February 18th meeting?

MR. MELLO: You just sent me the copy for the first time.

MR. ALONSO: He is asking you a question. Would you please answer, Mr. Mello? Would you please answer? He is asking you a question.

MR. MELLO: Sure.

MR. SCHWARTZ: Did you get a copy of the February 18th meeting? The minutes reflected that I handed one to you. Did you get that copy of the --

MR. MELLO: You showed me one, I never take it.

MR. SCHWARTZ: You didn't take it?

**57**

MR. MELLO: No. The Constitution says you have to hand it to me in seven days, so that's the day of the meeting. See? This is wrong.

MR. SCHWARTZ: And, now, the second question I have --

MR. MELLO: If you want to do the right thing, get another day, you send me another copy of the charges, and we do this again.

MR. SCHWARTZ: When you got the notice of the hearing -- when you got your notice of the hearing, did that include a copy of the charges?

MR. MELLO: When I got the notice of the charges for this one? When? For this one? For this here today?

MR. SCHWARTZ: Yeah. You got a notice dated February 21st; was it included with the notice? Was it included with the notice?

MR. MELLO: It's included, yes, you sent me an e-mail with that, but you have to send it in seven days.

**58**

That's what the Constitution says, not 20 days later, not 15 days, that's what the Constitution says.

MR. SCHWARTZ: That objection has already been rejected by the Trial Committee.

So, now, again, I'm going to ask you: Do you want to ask questions of Eligio Garcia or Mr. Isaacson?

MR. MELLO: I'm going to finish with this, she is going to type everything that I say, and then I'm going to ask you questions, as per my rights. If you allow me to do that, I will appreciate that.

MR. ALONSO: Go ahead. Go ahead.

MR. MELLO: Thank you. We never got the copy.

The same thing for her, as you can see, nothing. Also, in the wrong name, she is Valentina Gonzalez and somebody put Valentina Garcia.

THE INTERPRETER: She never received the list of the people that

**59**

were accusing her.

MR. ALONSO: Go ahead, Mr. Mello. Go ahead, Mr. Mello. We want to go home, too.

MR. MELLO: We want to go home, too. I'm tired. I'm going to work 6:00 in the morning.

MR. ALONSO: I work 14 hours a day. I hear everything. Go ahead. Go ahead.

MR. MELLO: I have to try --

MR. ALONSO: I have to go back to work when I finish here.

MR. MELLO: That's why I am asking you to change the date.

MR. ALONSO: No, no, let's go.

MR. MELLO: This is because we want an election, so that's why we are wanting this thing. And he is trying to take us out of the Union. That's one of the things.

This is bogus charges. It is not hate, saying he is a Jew, he is. He admit it. He say it. He also say

**60**

that. So, it's the wrong thing to say. I want it changed.

MR. SCHWARTZ: Let him translate.

(Whereupon, the requested section was translated by the Interpreter.)

THE INTERPRETER: So, in one of the chats in -- that Ms. Maria is also included there -- that she -- in the What's App chat, it is also mentioned that they are liars and thieves.

MR. MELLO: How is she going to be fair if she has that in mind?

MR. ALONSO: Go ahead. Go ahead. State your case. Come one. Let's go.

MR. MELLO: Mr. Over There is also making campaign for the Local 17-18, so how is that fair?

MR. ALONSO: "Mr. Over There", who is "Mr. Over There"?

THE INTERPRETER: Mr. Osvaldo Diaz. Sorry. Thank you.

MR. MELLO: Mr. Osvaldo Diaz. Mr. Osvaldo Diaz.

Mr. Osvaldo Diaz, you are also

**61**

campaigning against him. How is that fair?

MR. ALONSO: We heard your objections. You stated your objections. Just state your case or your defense, please.

MR. MELLO: My case? How am I going to state my case --

MR. DIAZ: Wait a minute. Wait a minute. I'm going to say it in Spanish, then in English.

(Indiscernible Spanish colloquy.)

MR. DIAZ: What I told him is, first of all, that this is not biased because we are running a campaign, number one.

Number two, these charges are being brought up against them because they are being brought up as anti-Semitism, racist.

And I know them all and I have not engaged in any conversation with them for they to assume, because that's what they are doing, they are assuming

**62**

that I'm making a campaign, without any proof.

But yet, I have proof. It came from -- this is your literature, and I'm looking at this, so how would you respond to that to me?

MR. MELLO: What does that say?

MR. DIAZ: You look at. This is what ya'll did.

As a matter of fact, you even used product of the company, okay?

So, before you make a statement --

(Indiscernible Spanish colloquy.)

THE PRESIDENT: You are going to have to allow the reporter to translate -- the translator translates so that this way, the reporter can get a clear record.

THE INTERPRETER: So, Mr. Mello has been requesting for him to read what is the literature that it has been sent.

And just -- Mr. Diaz is just

**63**

clarifying that this is not about campaigning or this is not about any other thing than these racist comments.

Mr. Mello, he asked Mr. Diaz if he was Puerto Rican. He said he is American. Is that offensive?

MR. DIAZ: It's a matter of opinion. It's matter of opinion. I don't have to answer questions about that.

THE PRESIDENT: With all due respect, is the Trial Committee now being put on trial? Is that -- I'm trying to --

MR. SCHWARTZ: Mr. Mello, is it your objection that Mr. --

MR. MELLO: My objection you already have.

MR. SCHWARTZ: Please don't talk over me. Is it your objection that Mr. Diaz cannot rule fairly because he is Puerto Rican?

MR. MELLO: No, sir, I am asking him that question.

**64**

MR. SCHWARTZ: Then that question is inappropriate. Please state the rest of your objections so that they are on the record, okay?

MR. MELLO: Okay. So I object to her because she is -- she already has her mind, she is against us.

MR. ALONSO: We are three to two --

MR. MELLO: We have a Trial Committee of five people to be judged, this is not five people.

(Indiscernible Spanish colloquy.)

THE INTERPRETER: So he objects that they cannot be performed, due to the situation that -- that he also mentions that you actually -- that the people chosen were chosen on the same day that the charges were brought. And that you -- so you -- I believe that he said that you told --

MR. SCHWARTZ: "You", meaning me, Arthur Schwartz?

THE INTERPRETER: Yes, you,

**65**

Arthur Schwartz, that you told the lady that she is the one that should be picked for the Committee.

What's your name, ma'am?

MS. GEE: Shirley.

THE INTERPRETER: Shirley.

So, she said -- he said that you, Mr. Arthur Schwartz, presented a document in telling Mrs. Shirley who to choose.

MR. SCHWARTZ: It's so far from true, just so that the record --

MR. MELLO: You also told me it is not a lottery.

MR. SCHWARTZ: I never met anybody in this Union, other than President Isaacson, before I walked into that room, not any single person.

THE INTERPRETER: So he says that the Constitution says there is no need for a lawyer present, but you, Mr. Arthur Schwartz, are still here guiding the Committee.

MR. MELLO: So I want to ask you

**66**

to postpone this until you have the five members of the Committee and give me a chance to review all of the evidence he is sending to me by mail yesterday.

And it is already late. Like you say, you have to go back to work, I want to go home, too. I have an hour drive. So, please, postpone this. We are going to make it another time.

If nobody wants to pick another Committee, you can serve this charge again, do it like the Constitution say.

MR. SCHWARTZ: That objection has been denied. Go ahead.

MR. MELLO: I can have a copy of what I am saying now and then I can leave.

MR. ALONSO: That's all you want to say? You don't have anything else to say?

MR. SCHWARTZ: Do you have any defense to the charges? Because the Committee is not adjourning; the trial

**67**

is here, the witnesses are here, the stenographer is here, the Trial Committee is here.

Do you have any defense to your charge? If all you want to do is stand on your objections, that's fine. You can say "I have nothing to say about the charges."

MR. MELLO: I need more time to prepare, like I asked you. I don't have enough time.

MR. SCHWARTZ: And that request is denied. You have had notice of this for a long time. Are you going to present? I'm going to ask every member of the group.

Are you, Daniel Mello, are you prepared to present any evidence in opposition to the charge tonight? Just you.

MR. MELLO: I have objections to your Trial Committee.

MR. SCHWARTZ: Other than your objections, do you have any evidence to

**68**

present in opposition to the charges; yes or no? Do you have any evidence tonight to present in opposition --

MR. MELLO: I told you I don't have evidence. You didn't give me time to prepare.

MR. SCHWARTZ: So the answer is no.

MR. MELLO: The only thing I can show you is the thing on my phone with the chat. I can't have a copy for you because it's in my chat, unless you have a printer and you can print it out.

MR. SCHWARTZ: Elkin Garcia, do you have anything to present?

THE INTERPRETER: I just asked the same thing, if he had, like, anything to add to the defense to Mr. Isaacson or the person bringing the charges.

He just wants to add that according to the Constitution of Local 17-18, there had been a lot of

## 69

irregularities in this process.

So, he says that he -- that if we postpone it and do it like according to the Constitution of the Law, they would be prepared because what is being presented, it's -- so he mentions that it's staged.

So, he says that according to the Constitution, that a lawyer is not supposed to be present, that if it was to be done, that it should have been done with the President and with the Secretary.

So, he is saying that with that, it's just disrespectful for the Members of the Union that are here because it's rules of the process.

MR. SCHWARTZ: Do you have any defense that you want to present on the merits of the charge tonight?

MR. GARCIA: We will handle that as an internal committee and we thank you very much and we will be going.

MR. SCHWARTZ: Matias Cordoba,

## 70

are you leaving? Are you going --

THE INTERPRETER: He has to go.

MR. SCHWARTZ: Are you going to present any defense to the charges tonight?

THE INTERPRETER: No, because they didn't have time to do all of that.

The only thing that he has are objections because he says that the process has been mismanaged.

MR. SCHWARTZ: And Valentina Gonzalez, are you going to present any defense to the merits tonight?

THE INTERPRETER: So she says that no, she -- from the beginning, there have been a lot of irregularities with the Constitution and the Bylaws, that it, like, even when she got the notice of the hearing, it didn't have the names of the people that were presenting the charges against her.

So, from that point, that was like the -- like, you know, the index

## 71

that showed her that she shouldn't be here.

Mr. Garcia. So, the reason for this is that in 33 years, Mr. Isaacson never had any group opposing him that would go, like, against his management type or to, like, try to face the irregularities that are being brought to him.

So, he says that another thing that he wants to add is this is the first time that a lot of the members have seen Mr. Isaacson, that he is a person that -- a president that doesn't shows up and he quotes that -- he said that in one of the quotes of Mr. Isaacson is that he said he that he feels proud of what he has accomplished, that in 19 years of the company, there hasn't been, like, any improvements.

MR. ALONSO: This is fine but -- excuse me. Excuse me --

MR. SCHWARTZ: No, no. Does

## 72

anybody else have anything else to say?

MR. MELLO: I want to know when I get the copy of this.

MR. SCHWARTZ: The copy of the what?

MR. MELLO: (Indicating.)

MR. SCHWARTZ: As soon as it is ready.

MR. MELLO: When will I have the copy?

MR. SCHWARTZ: I have to talk to the reporting company. It will probably be by the end of the week.

MR. MELLO: By the end of the week?

MR. SCHWARTZ: Perfect.

MR. MELLO: Mr. Isaacson, if you feel that we have offended you or something, sorry about that, there was no intention or anything.

We just want to say sometimes we refer to people like we are; Mexicans, we call them Mexicans, you are, like you say, Hasidic Jew. It's not violent

## 73

when we are talking about you.

When we say "take out", it is just take out your position of the Union. It is not violent. We don't try to do any violent things.

And you are thinking I'm close to Mr. Hitler? Sorry about that, if you get offended, it wasn't my intention, or nobody here, so I'm sorry.

Good luck to everybody, thank you very much, and I'm going to appeal later.

So, when it says corruption over here, it is true. If you have a Union that doesn't have an election in 30 years, that is considered corruption.

MR. ALONSO: I have to say something --

MR. SCHWARTZ: No. No.

THE PRESIDENT: Is there anything else?

MR. MELLO: Thank you very much.

MR. SCHWARTZ: Thank you very much. The Trial Committee is going to

## 74

confer.

MR. MELLO: When am I going to get my decision?

MR. SCHWARTZ: As soon as there is a decision. If there is a decision tonight, I will e-mail it to you and you can read it on your phone, okay?

MR. MELLO: Please send me a certified copy.

THE STENOGRAPHER: Okay.

THE PRESIDENT: Thank you, everyone. The meeting is hereby adjourned. Good night.

(Whereupon, the Executive Committee began their deliberations.)

(Time noted: 8:23 p.m.)

## 75

C E R T I F I C A T E

I, JACQUELINE N. FAUGHT, a shorthand reporter and Notary Public within and for the State of New York, do hereby certify:

That the foregoing transcript is a true and accurate record of the testimony given during the evening's proceedings.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

_____

JACQUELINE N. FAUGHT

## 1

1 [1] - 4:8
1-A [3] - 37:11, 37:13, 37:20
1-B [2] - 38:6, 38:8
1-C [2] - 38:15, 38:17
1-page [10] - 37:12, 38:7, 38:16, 38:24, 39:9, 40:2, 40:10, 40:18, 41:4, 41:18
1/28/20 [3] - 10:21, 11:23, 12:23
10 [1] - 52:6
100 [1] - 5:17
10007 [1] - 1:14
11 [1] - 46:19
14 [1] - 59:9
14th [1] - 4:14
15 [1] - 58:3
17-18 [19] - 1:4, 2:4, 3:13, 4:3, 5:18, 5:20, 6:3, 27:15, 27:16, 28:2, 28:6, 28:19, 29:4, 34:16, 42:18, 49:23, 50:14, 60:18, 68:25
18 [1] - 14:15
18th [10] - 1:7, 4:6, 4:19, 7:18, 10:23, 15:15, 20:25, 56:8, 56:9, 56:19
19 [1] - 71:20
1902 [1] - 1:13
1924 [1] - 42:19

## 2

2 [4] - 28:19, 29:3, 38:23, 38:25
2/6 [1] - 12:3
2/6/20 [5] - 12:4, 12:10, 12:13, 12:14, 12:19
20 [1] - 58:3
2020 [9] - 1:9, 4:7, 4:9, 4:14, 4:20, 7:18, 10:15, 13:9, 13:10
21st [2] - 15:17, 57:20
225 [1] - 1:13
22nd [1] - 50:8
27th [3] - 13:9, 49:19, 49:20
28th [7] - 4:9, 8:3, 13:10, 17:5, 19:18, 22:10, 26:4
2nd [2] - 19:23, 50:9

## 3

3 [4] - 1:9, 15:2, 39:8, 39:10
30 [1] - 73:16
33 [1] - 71:5
3:36 [1] - 13:11

## 4

4 [3] - 15:18, 39:25, 40:3
40 [1] - 19:6
4127 [1] - 1:7

## 5

5 [3] - 15:22, 40:9, 40:11
50 [2] - 14:13, 50:12
5:00 [1] - 46:21

## 6

6 [4] - 16:14, 40:17, 40:19, 43:25
6:00 [5] - 1:9, 47:7, 47:8, 47:9, 59:8
6th [3] - 10:15, 48:2, 48:23

## 7

7 [2] - 41:3, 41:5
720 [1] - 42:22

## 8

8 [2] - 41:17, 41:19
8:00 [1] - 46:22
8:23 [1] - 74:17
8th [1] - 48:24

## A

able [2] - 9:11, 42:17
abuses [1] - 28:21
abusive [1] - 28:24
accomplish [1] - 42:17
accomplished [1] - 71:20
accordance [3] - 2:10, 3:2, 5:18
according [4] - 27:23, 68:24, 69:4, 69:9
accurate [1] - 75:8
accused [1] - 48:2
accusing [1] - 59:2
act [2] - 14:7, 31:7
acted [1] - 43:9
acting [1] - 4:2
action [2] - 44:13, 75:11
actions [2] - 28:3, 49:24
activist [1] - 43:3
activities [1] - 35:14
add [6] - 9:14, 9:15, 54:13, 68:20, 68:23, 71:12
additional [1] - 8:9
addressed [2] - 13:16, 13:19
adjourned [1] - 74:14
adjourning [1] - 66:25
admit [1] - 59:25
Adolf [1] - 42:20
adopted [2] - 19:21, 20:12
advanced [1] - 36:6
advised [1] - 17:10
affected [2] - 24:25, 35:21
afternoon [2] - 20:5, 47:8
age [2] - 36:6, 43:2
agenda [1] - 44:11
Agent [3] - 1:22, 18:19, 21:9
agreed [1] - 20:22
ahead [12] - 8:15, 53:8, 53:11, 58:17, 59:3, 59:4, 59:10, 59:11, 60:14, 66:16
Alcala [4] - 2:20, 3:15, 11:4, 16:2
ALCALA [2] - 1:18, 2:20
allegation [1] - 49:22
allow [3] - 47:6, 58:15, 62:17
allowed [3] - 32:13, 51:19, 52:2
allowing [1] - 52:4
allows [2] - 28:20, 39:14
almost [1] - 46:22
Alonso [4] - 2:19, 3:10, 11:3, 26:8
ALONSO [33] - 1:17, 2:19, 3:11, 4:22, 5:2, 5:5, 5:14, 9:6, 9:9, 9:21, 17:25, 18:5, 18:11, 31:18, 33:23, 34:5, 45:3, 46:3, 52:12, 53:9, 56:13, 58:17, 59:3, 59:9, 59:13, 59:17, 60:14, 60:19, 61:4, 64:9, 66:20, 71:23, 73:18
ALSO [1] - 1:21
American [1] - 63:7
amount [1] - 36:10
annihilation [1] - 43:25
announce [1] - 2:17
answer [4] - 56:14, 56:15, 63:10, 68:8
ANTHONY [1] - 1:22
anti [7] - 28:10, 28:14, 34:19, 37:2, 42:3, 48:22, 61:21
anti-Semitic [4] - 28:10, 28:14, 42:3, 48:22
anti-Semitism [3] - 34:19, 37:2, 61:21
App [2] - 37:20, 60:10
appeal [4] - 26:18, 26:20, 73:12
appeared [1] - 10:18
applies [1] - 22:19
appointed [1] - 4:5
appreciate [2] - 18:12, 58:16
area [1] - 19:8
argue [1] - 17:23
ARTHUR [1] - 1:13
Arthur [8] - 3:5, 5:20, 10:20, 14:5, 64:24, 65:2, 65:9, 65:23
Article [2] - 28:18, 29:3
Asians [1] - 44:21
asserted [1] - 16:18
assist [1] - 5:21
assistance [1] - 6:5
assisted [1] - 32:24
assume [1] - 61:24
assuming [2] - 32:4, 61:25
attached [4] - 8:11, 11:18, 12:23, 13:5
Attached [1] - 17:6
attack [1] - 42:12
attacked [4] - 32:9, 32:10, 32:11, 32:12
attacks [1] - 27:22
ATTENDEE [1] - 4:24
attention [1] - 37:19
attorney [1] - 3:6
Avenue [1] - 1:7
Avoidance [1] - 28:8
aware [2] - 5:23, 35:8

## B

bad [1] - 37:25
based [2] - 44:7, 44:19
bathroom [2] - 45:4, 45:6
become [2] - 34:18, 43:15
becoming [1] - 43:3
began [6] - 43:11, 43:12, 43:18, 43:22, 43:23, 74:16
begin [3] - 35:6, 39:22, 39:23
beginning [1] - 70:17
behalf [2] - 23:13, 23:18
behavior [2] - 28:24, 37:9
behind [1] - 35:7
belief [3] - 31:23, 42:4
beliefs [2] - 32:19, 44:15
Bello [5] - 3:20, 11:13, 13:18, 15:23, 17:10
Bello's [1] - 3:21
benefits [1] - 17:19
best [2] - 6:7, 17:7
between [1] - 4:20
biased [1] - 61:15
biassed [1] - 16:20
Bible [1] - 31:15
big [1] - 43:24
bigotry [3] - 36:8, 37:3, 44:25
blacks [1] - 44:22

**blatant** [1] - 42:3
**blessed** [1] - 36:19
**blessings** [1] - 36:20
**blood** [1] - 75:12
**Board** [2] - 15:25, 17:11
**bogus** [1] - 59:23
**bond** [2] - 44:11, 44:19
**book** [1] - 42:21
**break** [1] - 56:2
**brief** [2] - 14:11, 45:7
**bring** [1] - 37:19
**bringing** [2] - 55:13, 68:21
**broad** [1] - 19:15
**Broadway** [1] - 1:13
**Brooklyn** [1] - 1:7
**Brother** [6] - 8:19, 10:11, 10:16, 10:20, 16:18, 26:8
**brothers** [1] - 44:18
**brought** [12] - 2:5, 16:16, 18:18, 19:9, 19:14, 26:3, 28:20, 29:14, 61:19, 61:20, 64:20, 71:9
**building** [1] - 43:4
**Business** [3] - 1:22, 18:19, 21:8
**Bylaws** [7] - 2:11, 3:2, 4:4, 15:10, 28:19, 29:4, 70:19

## C

**campaign** [8] - 14:18, 14:20, 34:19, 35:9, 50:25, 60:17, 61:16, 62:2
**campaigning** [3] - 16:3, 61:2, 63:3
**Candidate** [1] - 16:21
**cannot** [2] - 63:22, 64:16
**career** [1] - 42:15
**careful** [1] - 36:25
**case** [5] - 21:21, 60:15, 61:6, 61:8, 61:9
**category** [1] - 44:9
**cellphones** [1] - 6:25
**certainly** [1] - 49:12
**certified** [1] - 74:10
**certify** [2] - 75:6, 75:10
**Cesar** [1] - 36:12
**Chair** [3] - 46:3, 52:11
**Chairman** [1] - 46:2
**Chairperson** [2] - 52:12, 52:13
**challenge** [1] - 7:12
**chance** [2] - 9:15, 66:4
**change** [5] - 38:4, 39:19, 41:8, 41:9, 59:16
**changed** [1] - 60:3
**charge** [13] - 21:5, 21:6, 21:7, 21:17, 21:24, 22:3, 22:8, 22:10, 24:23, 66:13, 67:6, 67:20, 69:21

**charged** [4] - 17:2, 28:18, 29:24, 48:21
**charges** [60] - 2:5, 2:12, 2:23, 4:7, 7:25, 8:3, 8:5, 8:9, 8:21, 10:12, 10:14, 10:17, 10:22, 11:20, 11:23, 12:6, 13:6, 14:11, 15:7, 15:20, 16:6, 16:15, 17:9, 18:17, 18:20, 19:9, 20:23, 23:4, 23:9, 23:23, 24:3, 24:18, 24:25, 25:17, 25:24, 26:3, 26:24, 27:4, 28:20, 29:15, 30:17, 30:22, 32:16, 34:25, 51:23, 54:25, 55:19, 55:21, 57:10, 57:15, 57:17, 59:23, 61:18, 64:20, 66:24, 67:9, 68:2, 68:22, 70:5, 70:23
**Charges** [5] - 4:8, 4:14, 4:19, 12:17, 20:17
**Charging** [6] - 20:17, 29:13, 30:3, 30:12, 30:16, 45:9
**charging** [1] - 11:11
**chat** [4] - 37:20, 60:10, 68:12, 68:13
**chats** [1] - 60:8
**Chavez** [1] - 36:13
**Chiam** [2] - 11:5, 13:17
**childcare** [2] - 3:19, 3:21
**choice** [2] - 16:9, 51:10
**choices** [1] - 23:25
**choose** [2] - 36:21, 65:11
**chose** [1] - 11:3
**chosen** [4] - 15:23, 25:18, 64:19
**Christian** [3] - 31:10, 31:23, 32:12
**circulate** [3] - 28:15, 43:12, 43:19
**circulating** [1] - 27:20
**citing** [1] - 31:15
**clarification** [1] - 23:2
**clarify** [1] - 23:16
**clarifying** [2] - 24:10, 63:2
**clear** [5] - 33:24, 41:14, 41:24, 62:19
**close** [1] - 73:7
**collective** [1] - 44:13
**colloquy** [4] - 33:10, 61:13, 62:15, 64:14
**commend** [1] - 34:23
**comments** [6] - 17:12, 31:22, 32:7, 38:12, 38:20, 63:4
**committee** [1] - 69:23
**COMMITTEE** [2] - 1:5, 1:16
**Committee** [38] - 2:16, 3:13, 3:15, 5:16, 6:4, 10:24, 13:19, 14:8, 15:24, 19:21, 20:7, 20:8, 20:11, 20:19, 20:21, 21:12, 21:14, 26:7, 26:12, 26:13, 30:9, 30:20,

33:24, 48:17, 52:25, 53:9, 58:7, 63:13, 64:12, 65:4, 65:24, 66:3, 66:13, 66:25, 67:4, 67:23, 73:25, 74:16
**common** [2] - 44:10, 44:11
**community** [5] - 14:13, 14:14, 34:17, 50:12, 50:14
**companies** [1] - 37:23
**company** [4] - 17:20, 62:12, 71:21, 72:13
**complained** [6] - 14:21, 14:23, 15:3, 15:19, 16:5, 16:14
**complained ,** [1] - 16:13
**complaints** [1] - 35:21
**complete** [1] - 15:7
**concerned** [1] - 5:16
**conditions** [1] - 44:12
**conducted** [1] - 5:17
**conducting** [1] - 5:21
**confer** [1] - 74:2
**confusion** [1] - 27:2
**connection** [1] - 27:21
**considered** [2] - 49:16, 73:17
**consisted** [1] - 42:22
**Constitution** [24] - 2:10, 3:3, 4:4, 5:19, 6:3, 14:7, 15:10, 16:10, 20:15, 22:18, 25:13, 25:15, 26:21, 53:3, 55:4, 57:2, 58:2, 58:4, 65:21, 66:14, 68:24, 69:5, 69:10, 70:19
**contempt** [1] - 36:16
**contents** [1] - 14:10
**continuation** [1] - 38:20
**continue** [1] - 50:4
**continued** [1] - 43:10
**contracted** [1] - 39:15
**convene** [2] - 2:4, 30:9
**conversation** [1] - 61:23
**copies** [8] - 13:5, 14:19, 15:13, 33:4, 33:25, 37:16, 37:17, 47:22
**copy** [30] - 7:10, 7:19, 10:13, 10:17, 10:21, 12:24, 15:3, 15:6, 15:7, 15:20, 34:13, 54:25, 55:15, 55:16, 55:19, 55:20, 56:7, 56:9, 56:12, 56:18, 56:21, 57:10, 57:15, 58:19, 66:17, 68:12, 72:4, 72:5, 72:11, 74:10
**Cordoba** [17] - 4:13, 4:17, 5:7, 5:9, 5:25, 12:12, 13:3, 13:13, 15:9, 16:4, 17:2, 20:3, 27:19, 30:6, 54:12, 54:19, 69:25
**Correct** [3] - 23:8, 23:20, 30:13
**corruption** [2] - 73:14, 73:17

**counsel** [1] - 14:8
**Counsel** [1] - 5:20
**country** [2] - 36:14, 36:18
**courageous** [1] - 34:23
**court** [4] - 5:14, 7:4, 10:6, 25:22
**coworkers** [1] - 36:4
**create** [1] - 24:7
**creed** [1] - 44:7
**critical** [1] - 28:10
**cross** [2] - 18:14, 37:2
**culture** [1] - 36:16
**cultures** [3] - 36:17, 44:5, 44:6
**current** [1] - 39:12
**cut** [1] - 9:24

## D

**Daniel** [13] - 4:11, 4:15, 4:21, 5:5, 5:7, 5:23, 8:10, 11:25, 12:5, 13:2, 13:12, 27:18, 67:18
**date** [12] - 7:23, 37:14, 38:9, 38:18, 39:2, 39:11, 40:4, 40:12, 40:20, 41:6, 41:20, 59:16
**dated** [12] - 4:8, 4:14, 4:19, 8:3, 10:15, 12:4, 12:14, 12:23, 13:8, 22:10, 26:4, 57:20
**days** [4] - 57:4, 57:25, 58:3
**decide** [4] - 23:12, 26:14, 39:14, 47:19
**decided** [2] - 20:14, 22:23
**deciding** [1] - 23:18
**decision** [5] - 26:8, 30:10, 74:4, 74:6
**defended** [1] - 37:25
**defense** [18] - 30:7, 45:20, 46:13, 46:18, 47:2, 47:5, 47:11, 51:10, 51:12, 51:23, 51:25, 61:7, 66:24, 67:5, 68:20, 69:20, 70:5, 70:15
**deliberations** [1] - 74:16
**demanded** [1] - 20:7
**democracy** [1] - 36:19
**demonstrate** [1] - 37:6
**denied** [4] - 18:25, 19:11, 66:16, 67:14
**deny** [1] - 48:6
**designation** [1] - 20:18
**despicable** [1] - 28:24
**destroy** [1] - 35:24
**dialect** [1] - 42:2
**dialogue** [1] - 9:3
**DIAZ** [6] - 1:19, 2:21, 61:10, 61:14, 62:9, 63:8
**Diaz** [11] - 2:21, 3:16, 11:8, 16:2, 60:22, 60:23, 60:24,

60:25, 62:25, 63:5, 63:22
different [4] - 31:4, 31:5, 32:18, 36:7
disagree [1] - 39:17
disagreed [1] - 10:16
disagrees [1] - 30:24
discriminated [2] - 31:16, 32:2
discrimination [2] - 31:8, 44:7
discussion [2] - 49:21, 49:22
discussions [2] - 48:10, 48:11
display [1] - 42:3
disrespect [1] - 36:17
disrespectful [1] - 69:16
disruptive [1] - 7:3
distractive [1] - 7:3
distribute [1] - 41:23
distributed [1] - 14:21
document [13] - 7:15, 7:16, 37:12, 38:7, 38:16, 38:24, 39:9, 40:2, 40:10, 40:18, 41:4, 41:18, 65:10
documented [1] - 35:17
documents [6] - 7:8, 22:12, 33:18, 33:21, 48:25, 49:10
done [3] - 19:7, 69:12, 69:13
Douglas [8] - 4:17, 4:20, 5:10, 8:6, 8:8, 13:16, 34:15, 45:22
DOUGLAS [1] - 1:12
dressed [1] - 43:7
drive [1] - 66:10
driven [1] - 35:10
due [4] - 14:24, 56:3, 63:12, 64:16
during [1] - 75:9

## E

e-mail [6] - 19:19, 49:7, 49:8, 52:10, 57:24, 74:7
e-mailed [1] - 49:2
early [2] - 9:20, 9:24
Ecuadorians [1] - 44:22
either [1] - 45:16
election [5] - 14:17, 27:22, 52:23, 59:19, 73:16
elections [1] - 19:12
Eligio [10] - 4:9, 4:22, 11:9, 11:10, 29:5, 30:14, 45:22, 51:7, 51:14, 58:10
Elizabeth [3] - 3:18, 3:20, 11:4
Elkin [10] - 4:12, 4:16, 5:6, 5:8, 5:24, 12:9, 13:3, 13:12, 27:19, 68:16

employee [1] - 35:10
employers [4] - 28:3, 28:4, 49:25, 50:2
employment [1] - 44:13
encountered [1] - 2:9
end [6] - 35:4, 36:2, 40:13, 40:22, 72:14, 72:15
ENEAS [1] - 1:23
engage [2] - 2:25, 42:11
engaged [2] - 28:24, 61:23
engaging [2] - 35:13, 37:8
English [2] - 11:24, 61:12
enjoy [1] - 41:16
enter [1] - 41:17
entitled [2] - 36:23, 49:11
envelope [4] - 55:3, 55:18, 55:25
error [3] - 24:7, 24:12, 24:21
Escalona [3] - 4:10, 5:2, 29:7
ESQ [1] - 1:13
evening [3] - 2:2, 3:11, 34:14
evening's [1] - 75:9
event [1] - 2:9
evidence [14] - 29:18, 32:21, 32:22, 33:2, 33:16, 33:17, 33:25, 37:6, 47:23, 66:5, 67:19, 67:25, 68:3, 68:6
ex [1] - 35:10
ex-Union [1] - 35:10
except [2] - 41:2, 41:12
excuse [1] - 71:24
Excuse [4] - 17:25, 24:11, 31:18, 71:24
Executive [3] - 15:25, 17:11, 74:15
Exhibit [37] - 7:21, 11:19, 11:21, 11:22, 11:24, 12:8, 12:11, 12:15, 12:20, 12:25, 13:7, 16:23, 20:10, 20:12, 27:5, 34:7, 37:11, 37:13, 37:19, 38:5, 38:8, 38:15, 38:17, 38:22, 38:25, 39:8, 39:10, 39:25, 40:3, 40:9, 40:11, 40:17, 40:19, 41:3, 41:5, 41:17, 41:19
exhibits [2] - 22:15, 55:12
exists [1] - 36:9
expect [1] - 8:24
explain [1] - 33:14
exploit [1] - 35:18
extent [1] - 35:6

## F

face [1] - 71:8
fact [7] - 6:6, 26:16, 37:7,

48:9, 49:18, 50:11, 62:11
fair [8] - 19:12, 21:16, 21:20, 31:6, 52:3, 60:13, 60:18, 61:3
fairly [1] - 63:22
faith [1] - 32:11
faiths [1] - 32:19
famous [1] - 36:12
far [2] - 23:9, 65:12
FAUGHT [2] - 75:4, 75:21
favor [1] - 50:15
favored [1] - 14:16
faxed [2] - 13:9, 19:24
February [23] - 4:6, 4:14, 4:19, 7:18, 10:15, 10:23, 13:8, 13:10, 15:15, 15:17, 17:5, 19:17, 20:25, 47:25, 48:23, 48:24, 49:19, 49:20, 50:7, 56:8, 56:9, 56:19, 57:20
fellow [1] - 27:17
felt [1] - 32:9
fighting [1] - 42:15
fights [1] - 36:13
file [2] - 2:12, 34:24
filed [5] - 4:9, 4:15, 17:4, 23:4, 23:9
filled [2] - 34:19, 35:9
fine [2] - 67:7, 71:23
finish [12] - 6:6, 9:19, 9:24, 30:4, 30:8, 45:18, 51:18, 51:24, 51:25, 52:3, 58:11, 59:14
finished [2] - 45:10, 45:11
fired [1] - 35:22
first [21] - 2:3, 6:18, 7:5, 7:15, 7:16, 14:5, 21:5, 24:23, 26:3, 26:24, 29:18, 45:14, 45:15, 45:16, 45:21, 51:13, 53:12, 56:12, 61:15, 71:13
First [1] - 47:21
five [5] - 16:25, 22:7, 64:12, 64:13, 66:3
fixes [2] - 17:16, 40:7
flyers [1] - 17:8
follow [1] - 9:22
forbid [1] - 25:14
foregoing [1] - 75:7
forth [1] - 2:25
forward [4] - 26:18, 30:15, 34:24, 49:13
four [14] - 15:14, 16:25, 18:17, 20:2, 28:17, 28:23, 29:14, 29:23, 30:23, 34:20, 37:7, 45:14, 54:6
fourth [2] - 27:12, 27:14
Francisco [1] - 35:11
free [1] - 17:23
freedom [1] - 36:22
Friday [2] - 13:11, 49:2
friends [2] - 36:4, 39:14

front [1] - 29:16
Fuck [2] - 42:8, 43:19
fucked [2] - 17:14, 39:7
functioning [1] - 28:11

## G

gain [1] - 35:19
Garcia [25] - 4:9, 4:12, 4:16, 4:22, 5:6, 5:8, 5:24, 11:9, 11:10, 12:9, 13:3, 13:13, 15:8, 16:3, 17:2, 17:3, 20:3, 27:19, 29:6, 30:6, 54:12, 58:10, 58:23, 68:16, 71:4
GARCIA [7] - 31:3, 31:21, 33:5, 33:22, 34:11, 45:12, 69:22
GEE [1] - 65:6
Gee [4] - 11:3, 13:17, 16:9, 24:2
Germany [1] - 43:16
given [2] - 47:15, 75:9
God [2] - 32:8, 33:11
Gonzalez [16] - 4:12, 4:16, 5:6, 5:8, 5:24, 12:16, 13:4, 13:14, 15:9, 16:4, 20:4, 27:19, 30:6, 54:13, 58:22, 70:14
gradually [1] - 43:3
great [1] - 43:24
group [3] - 31:12, 67:17, 71:6
grow [1] - 36:21
guiding [1] - 65:23
guy [1] - 53:13
guys [1] - 9:7

## H

hand [1] - 57:3
handed [2] - 15:13, 56:20
handle [1] - 69:22
hard [1] - 35:5
harmed [1] - 39:4
Hasidic [3] - 14:12, 14:14, 72:25
Hassidic [3] - 34:16, 50:12, 50:13
hate [15] - 14:18, 28:8, 34:19, 35:3, 35:7, 35:9, 37:3, 43:11, 48:3, 48:22, 49:16, 50:3, 50:16, 50:24, 59:24
hate-filled [2] - 34:19, 35:9
hateful [2] - 36:10, 37:8
hatred [5] - 31:2, 40:16, 43:4, 43:13, 44:25
hear [5] - 3:13, 4:7, 22:3, 22:9, 59:10
heard [2] - 8:22, 61:4
hearing [8] - 3:14, 5:17,

5:22, 13:4, 46:5, 57:13, 57:14, 70:21

**HEARING** [1] - 1:5
**Hearing** [1] - 15:16
**held** [2] - 17:15, 40:6
**help** [2] - 38:2, 38:3
**hereby** [2] - 74:13, 75:6
**Hernandez** [3] - 3:18, 3:20, 11:4
**Herrera** [3] - 4:10, 4:23, 29:6
**history** [1] - 2:4
**Hitler** [3] - 42:20, 42:22, 73:8
**hold** [1] - 39:5
**Holocaust** [1] - 43:24
**home** [4] - 47:7, 59:5, 59:6, 66:9
**horrible** [2] - 35:3, 39:22
**hour** [1] - 66:9
**hours** [2] - 46:20, 59:9
**hurtful** [1] - 42:12
**hurting** [1] - 36:2

**I**

**identification** [10] - 37:14, 38:9, 38:18, 39:2, 39:11, 40:4, 40:12, 40:20, 41:6, 41:20
**identify** [1] - 31:16
**immediately** [1] - 32:2
**important** [3] - 20:13, 53:22, 54:10
**impossible** [1] - 9:17
**improve** [1] - 44:11
**improvements** [1] - 71:22
**inappropriate** [1] - 64:3
**include** [1] - 57:15
**included** [4] - 57:21, 57:22, 57:23, 60:9
**incumbent** [1] - 27:22
**index** [1] - 70:25
**indicating** [1] - 72:7
**Indiscernible** [5] - 18:14, 33:10, 61:13, 62:15, 64:14
**individuals** [3] - 28:17, 28:23, 37:7
**initial** [1] - 22:10
**injustice** [1] - 2:13
**innocent** [2] - 35:15, 36:3
**instead** [1] - 23:24
**institution** [1] - 28:12
**intention** [2] - 72:21, 73:9
**interest** [2] - 6:7, 25:13
**interested** [2] - 41:25, 75:13
**interesting** [1] - 23:11
**internal** [1] - 69:23
**interpreted** [1] - 14:2

**Interpreter** [8] - 1:23, 8:18, 11:17, 14:3, 27:9, 29:11, 53:17, 60:6
**interpreter** [1] - 11:17
**INTERPRETER** [24] - 8:13, 13:24, 27:6, 30:21, 31:20, 32:23, 33:8, 33:11, 34:6, 53:14, 53:18, 54:17, 58:24, 60:7, 60:21, 62:21, 64:15, 64:25, 65:7, 65:20, 68:18, 70:3, 70:7, 70:16
**interrupted** [1] - 6:21
**intimidated** [1] - 16:21
**involved** [2] - 16:7, 19:8
**irregularities** [3] - 69:2, 70:18, 71:9
**ISAACSON** [1] - 1:12
**Isaacson** [34] - 4:17, 4:20, 5:10, 7:25, 8:6, 8:8, 8:20, 10:25, 13:16, 14:12, 16:7, 16:17, 18:19, 21:8, 21:18, 33:9, 33:13, 33:20, 34:9, 34:15, 45:23, 50:10, 50:11, 50:22, 51:8, 51:15, 54:9, 58:10, 65:18, 68:21, 71:5, 71:14, 71:18, 72:18
**Isaacson's** [1] - 21:23

**J**

**JACQUELINE** [2] - 75:4, 75:21
**January** [4] - 4:8, 8:3, 22:10, 26:4
**Jarra** [1] - 35:11
**Jew** [21] - 17:18, 34:16, 37:22, 37:24, 39:20, 40:15, 40:16, 40:24, 41:10, 41:22, 42:6, 42:7, 42:8, 43:18, 43:20, 43:21, 44:20, 59:24, 72:25
**Jew"** [1] - 42:9
**Jew-ridden** [1] - 43:18
**Jewish** [11] - 17:17, 27:24, 28:5, 32:11, 39:13, 39:14, 40:8, 41:12, 43:7, 43:8, 50:2
**Jews** [9] - 17:13, 17:19, 39:5, 39:6, 39:7, 41:2, 43:4, 43:11, 43:25
**Jonathan** [3] - 4:10, 5:2, 29:7
**JOSE** [2] - 1:17, 1:23
**Jose** [3] - 2:19, 3:10, 11:3
**journey** [1] - 43:10
**judge** [2] - 10:7, 21:21
**judged** [1] - 64:12
**judges** [1] - 52:24
**Julio** [4] - 4:18, 5:10, 8:6, 16:17

**K**

**Kampf** [1] - 42:21
**kicked** [1] - 32:3
**knowledge** [1] - 19:15

**L**

**lady** [1] - 65:2
**last** [2] - 13:10, 25:21
**late** [2] - 20:5, 66:7
**Latino** [1] - 36:13
**Law** [2] - 5:18, 69:5
**law** [5] - 22:18, 22:19, 44:3, 47:22, 49:11
**lawyer** [3] - 52:18, 65:22, 69:10
**leader** [1] - 42:21
**leaders** [2] - 28:4, 49:25
**leadership** [3] - 27:23, 28:2, 49:23
**leave** [1] - 66:19
**leaving** [1] - 70:2
**led** [1] - 37:22
**legally** [1] - 44:9
**legally-protected** [1] - 44:9
**letter** [20] - 10:14, 11:25, 12:4, 12:8, 12:11, 12:15, 13:8, 15:14, 17:6, 19:17, 19:24, 34:3, 49:18, 49:19, 50:5, 50:6, 50:7, 50:9
**liars** [1] - 60:11
**lies** [1] - 39:24
**life** [1] - 42:23
**line** [3] - 10:18, 31:22, 36:24
**list** [1] - 58:25
**literature** [13] - 14:20, 27:20, 27:24, 27:25, 28:13, 28:14, 28:15, 48:3, 48:22, 49:17, 50:19, 62:5, 62:23
**living** [1] - 36:18
**LOCAL** [1] - 1:4
**Local** [19] - 2:4, 3:13, 4:2, 5:18, 5:19, 6:3, 14:15, 27:15, 27:16, 28:2, 28:6, 28:19, 29:4, 34:15, 42:18, 49:23, 50:14, 60:17, 68:24
**look** [2] - 27:4, 62:9
**looking** [1] - 62:6
**lottery** [1] - 65:15
**luck** [1] - 73:11
**Luis** [10] - 10:14, 11:6, 11:8, 11:11, 11:25, 12:4, 12:9, 12:11, 12:15, 13:17

**M**

**ma'am** [1] - 65:5

**mail** [13] - 15:4, 19:19, 19:20, 46:12, 47:4, 48:24, 49:7, 49:8, 52:10, 57:24, 66:5, 74:7
**mailed** [2] - 15:15, 49:2
**majority** [1] - 42:14
**man** [3] - 31:10, 42:19, 43:23
**manage** [1] - 37:23
**management** [3] - 14:16, 50:15, 71:7
**manifest** [1] - 39:23
**March** [3] - 1:9, 19:22, 50:9
**Maria** [8] - 2:20, 3:15, 4:11, 5:3, 11:4, 16:2, 29:7, 60:8
**MARIA** [1] - 1:18
**mark** [5] - 37:10, 38:5, 38:15, 38:22, 39:8
**marked** [11] - 16:23, 37:13, 38:8, 38:17, 38:25, 39:10, 40:3, 40:11, 40:19, 41:5, 41:19
**Marquez** [7] - 4:18, 5:11, 8:6, 16:17, 18:19, 21:9, 23:5
**MARQUEZ** [1] - 5:13
**marriage** [1] - 75:12
**Martin** [1] - 13:18
**material** [2] - 35:7, 39:21
**Matias** [13] - 4:13, 4:16, 5:7, 5:9, 5:25, 12:12, 13:3, 13:13, 20:3, 27:19, 54:12, 54:19, 69:25
**Matter** [1] - 1:3
**matter** [8] - 9:18, 44:14, 48:9, 52:19, 62:11, 63:8, 63:9, 75:14
**mean** [2] - 23:22, 26:17
**meaning** [1] - 64:23
**Meeting** [6] - 12:3, 12:7, 12:14, 12:18, 12:21, 26:2
**meeting** [20] - 3:5, 4:6, 7:17, 7:24, 10:22, 12:10, 12:13, 16:12, 16:19, 18:21, 20:20, 20:24, 23:24, 24:4, 24:16, 56:8, 56:10, 56:19, 57:4, 74:13
**Mein** [1] - 42:21
**Melendez** [1] - 13:18
**Mello** [47] - 4:11, 4:15, 4:21, 5:5, 5:7, 5:23, 7:20, 8:4, 8:10, 8:19, 9:12, 10:11, 10:17, 10:21, 12:2, 12:5, 13:2, 13:12, 15:8, 15:19, 16:3, 16:18, 16:22, 17:2, 18:25, 19:18, 20:3, 21:6, 23:3, 27:18, 29:24, 30:5, 45:13, 53:23, 54:14, 54:21, 55:23, 56:5, 56:15, 59:4, 62:21, 63:5, 63:16, 67:18
**MELLO** [72] - 6:10, 6:14, 8:23, 9:8, 9:19, 10:2, 18:4,

21:13, 21:19, 21:25, 22:5, 22:13, 24:11, 24:15, 24:20, 24:24, 25:5, 45:25, 46:8, 46:17, 47:15, 48:15, 49:4, 51:16, 51:24, 52:9, 52:13, 53:6, 53:12, 53:20, 54:7, 55:14, 55:20, 55:24, 56:6, 56:11, 56:17, 56:22, 57:2, 57:8, 57:16, 57:23, 58:11, 58:18, 59:6, 59:12, 59:15, 59:18, 60:12, 60:16, 60:23, 61:8, 62:8, 63:18, 63:24, 64:6, 64:11, 65:14, 65:25, 66:17, 67:10, 67:22, 68:5, 68:10, 72:3, 72:7, 72:10, 72:15, 72:18, 73:23, 74:3, 74:9

member [9] - 10:3, 14:12, 21:11, 28:21, 28:22, 39:16, 50:11, 52:20, 67:16

Member [1] - 15:24

members [21] - 2:6, 3:15, 14:21, 16:12, 19:9, 20:20, 25:16, 26:6, 26:13, 27:16, 27:18, 28:7, 34:20, 34:23, 34:25, 35:18, 35:21, 36:3, 52:19, 66:3, 71:13

Members [5] - 2:11, 2:16, 10:24, 15:21, 69:16

members' [1] - 19:16

membership [3] - 14:22, 16:11, 24:16

Membership [8] - 4:6, 7:17, 12:3, 12:7, 12:18, 12:21, 26:2, 42:18

mentioned [2] - 39:21, 60:10

mentions [2] - 64:18, 69:7

merits [2] - 69:21, 70:15

message [1] - 43:17

messages [1] - 28:13

met [1] - 65:16

Mexicans [2] - 72:23, 72:24

middle [1] - 10:19

might [2] - 2:13, 36:5

million [1] - 43:25

mind [4] - 35:2, 53:14, 60:13, 64:8

minute [4] - 31:14, 33:6, 61:10, 61:11

minutes [10] - 5:15, 7:16, 7:21, 7:22, 7:24, 8:12, 11:19, 12:22, 12:24, 56:20

mismanaged [1] - 70:12

miss [1] - 53:18

missing [3] - 3:18, 22:7, 26:6

mistake [1] - 24:13

moment [1] - 31:24

money [1] - 35:15

Moreano [11] - 10:15, 11:7,

11:8, 11:11, 11:25, 12:5, 12:9, 12:12, 12:16, 13:17, 15:5

morning [2] - 46:21, 59:8

most [3] - 19:7, 40:24, 41:10

motive [3] - 40:14, 41:13, 41:22

MR [206] - 2:19, 2:21, 3:9, 3:11, 4:22, 5:2, 5:5, 5:13, 5:14, 6:10, 6:12, 6:14, 6:16, 7:5, 8:15, 8:23, 9:2, 9:6, 9:8, 9:9, 9:12, 9:19, 9:21, 9:23, 10:2, 10:5, 11:18, 14:4, 17:25, 18:4, 18:5, 18:8, 18:11, 18:15, 21:13, 21:17, 21:19, 21:22, 21:25, 22:2, 22:5, 22:8, 22:13, 22:14, 23:7, 23:14, 23:17, 23:21, 24:6, 24:11, 24:14, 24:15, 24:17, 24:20, 24:22, 24:24, 25:3, 25:5, 25:7, 27:10, 29:12, 30:19, 31:3, 31:18, 31:21, 32:20, 33:3, 33:5, 33:7, 33:19, 33:22, 33:23, 34:2, 34:5, 34:8, 34:11, 37:15, 45:3, 45:5, 45:9, 45:12, 45:13, 45:25, 46:3, 46:4, 46:8, 46:15, 46:17, 47:13, 47:15, 47:18, 48:15, 48:16, 49:4, 49:6, 51:16, 51:21, 51:24, 52:5, 52:9, 52:12, 52:13, 53:4, 53:6, 53:8, 53:9, 53:12, 53:20, 54:5, 54:7, 54:9, 55:9, 55:14, 55:17, 55:20, 55:22, 55:24, 56:4, 56:6, 56:7, 56:11, 56:13, 56:17, 56:18, 56:22, 56:24, 57:2, 57:6, 57:8, 57:12, 57:16, 57:19, 57:23, 58:5, 58:11, 58:17, 58:18, 59:3, 59:6, 59:9, 59:12, 59:13, 59:15, 59:17, 59:18, 60:4, 60:12, 60:14, 60:16, 60:19, 60:23, 61:4, 61:8, 61:10, 61:14, 62:8, 62:9, 63:8, 63:16, 63:18, 63:20, 63:24, 64:2, 64:6, 64:9, 64:11, 64:23, 65:12, 65:14, 65:16, 65:25, 66:15, 66:17, 66:20, 66:23, 67:10, 67:13, 67:22, 67:24, 68:5, 68:8, 68:10, 68:16, 69:19, 69:22, 69:25, 70:4, 70:13, 71:23, 71:25, 72:3, 72:5, 72:7, 72:8, 72:10, 72:12, 72:15, 72:17, 72:18, 73:18, 73:20, 73:23, 73:24, 74:3, 74:5, 74:9

MS [2] - 2:20, 65:6

multiple [1] - 28:7

must [1] - 3:25

## N

name [5] - 11:2, 35:11, 42:20, 58:22, 65:5

name) [1] - 35:12

named [2] - 28:17, 28:23

names [2] - 2:18, 70:22

nationalities [2] - 28:8, 31:5

nations [1] - 32:18

nature [1] - 42:6

Nazi [1] - 42:20

necessary [1] - 25:23

need [8] - 9:14, 17:14, 29:23, 40:6, 46:9, 51:3, 65:21, 67:10

needed [1] - 35:4

never [8] - 15:8, 37:24, 43:5, 56:23, 58:18, 58:24, 65:16, 71:6

Never [1] - 2:8

new [5] - 15:20, 21:13, 22:5, 24:16, 38:21

New [4] - 1:7, 1:14, 75:6

night [3] - 18:20, 23:22, 74:14

nights [1] - 46:24

nobody [3] - 52:9, 66:12, 73:10

Nobody [1] - 55:16

nominated [2] - 11:8, 24:4

normal [1] - 50:24

Notary [1] - 75:5

note [1] - 15:12

noted [2] - 21:6, 74:17

Nothing [1] - 55:25

nothing [4] - 6:2, 39:5, 58:21, 67:8

Notice [6] - 12:2, 12:13, 12:17, 12:20, 15:16

notice [14] - 12:10, 12:12, 13:2, 47:25, 48:20, 49:12, 57:13, 57:14, 57:16, 57:20, 57:21, 57:22, 67:14, 70:21

notifying [2] - 12:2, 12:5

NRB [1] - 14:16

number [1] - 61:17

Number [1] - 61:18

numerous [1] - 35:20

NUNEZ [1] - 1:23

nuts [1] - 41:23

## O

object [5] - 5:25, 8:21, 25:11, 25:21, 64:6

objecting [1] - 55:7

objection [10] - 9:4, 14:5, 14:9, 26:19, 52:16, 58:5,

63:17, 63:18, 63:21, 66:15

Objection [4] - 15:2, 15:18, 15:22, 16:14

objections [18] - 9:13, 13:21, 17:4, 20:9, 52:2, 52:6, 52:15, 53:10, 54:8, 55:10, 55:15, 61:5, 61:6, 64:4, 67:7, 67:22, 67:25, 70:11

objects [1] - 64:15

obligated [1] - 44:3

occurred [1] - 2:14

offended [2] - 72:19, 73:9

offensive [1] - 63:7

office [3] - 19:24, 19:25, 34:21

Office [1] - 42:7

Once [4] - 34:14, 38:10, 38:19, 39:20

once [1] - 38:11

One [4] - 22:17, 30:21, 36:5, 43:22

one [20] - 20:13, 30:16, 35:25, 36:25, 41:21, 42:25, 43:23, 51:22, 52:22, 53:12, 56:20, 56:22, 57:17, 57:18, 59:22, 60:7, 60:15, 61:17, 65:3, 71:17

one's [1] - 36:15

ones [1] - 20:24

online [1] - 17:8

opinion [2] - 63:9

opinions [2] - 31:25, 36:24

opportunities [1] - 36:20

opportunity [4] - 2:24, 23:12, 35:17, 41:8

opposing [1] - 71:6

opposition [3] - 67:20, 68:2, 68:4

orientation [1] - 44:8

original [1] - 8:2

OSVALDO [1] - 1:19

Osvaldo [8] - 2:21, 3:16, 11:8, 16:2, 60:21, 60:23, 60:24, 60:25

outcome [1] - 75:13

outright [1] - 34:18

overall [1] - 37:3

overcome [1] - 36:8

overrule [1] - 48:18

own [5] - 35:19, 36:15, 42:8, 45:20, 56:2

owned [3] - 14:14, 37:24, 50:13

## P

P.M [1] - 1:9

p.m [2] - 13:11, 74:17

page [5] - 15:11, 27:11, 27:12, 27:13, 27:14

pages [2] - 42:22, 52:6
part [3] - 45:21, 53:25, 55:14
Parties [5] - 29:14, 30:4, 30:12, 30:17, 45:10
parties [2] - 2:24, 75:11
parts [1] - 20:14
party [2] - 11:11, 24:23
Party [1] - 20:17
pass [1] - 16:8
passed [2] - 3:22, 20:19
pattern [1] - 42:4
pause [1] - 6:22
PELLINO [1] - 1:22
people [42] - 3:25, 6:24, 8:25, 15:14, 17:2, 17:3, 18:18, 19:5, 19:11, 19:20, 20:2, 21:21, 22:6, 25:18, 26:16, 28:15, 29:14, 29:23, 30:23, 31:4, 32:10, 32:18, 35:16, 36:3, 36:11, 36:23, 39:23, 42:11, 43:6, 43:7, 43:8, 43:16, 48:4, 48:12, 53:24, 54:11, 58:25, 64:12, 64:13, 64:19, 70:22, 72:23
per [2] - 29:3, 58:14
percent [1] - 5:17
Perfect [1] - 72:17
perfect [1] - 42:24
performed [1] - 64:16
perhaps [1] - 19:25
person [3] - 65:19, 68:21, 71:15
personal [2] - 35:19, 44:15
personally [2] - 16:20, 31:9
persons [1] - 3:17
phone [3] - 18:12, 68:11, 74:8
phonetic [1] - 35:11
pick [1] - 66:12
picked [1] - 65:4
picking [1] - 25:10
piece [1] - 47:23
pile [1] - 7:19
place [3] - 28:16, 28:25, 43:18
play [1] - 19:3
point [4] - 6:8, 51:11, 54:10, 70:24
pointed [2] - 11:10, 25:20
poor [1] - 42:10
portrayed [1] - 31:7
portraying [1] - 30:25
pose [1] - 21:4
posed [1] - 53:23
position [5] - 6:2, 20:8, 21:23, 21:25, 73:4
positive [1] - 42:5
post [1] - 49:15
posted [3] - 48:5, 48:7, 50:20

posting [1] - 48:2
postings [1] - 17:8
postpone [6] - 46:9, 46:14, 46:23, 66:2, 66:10, 69:4
postponed [4] - 46:16, 48:14, 48:17, 48:19
practice [1] - 39:17
precluded [1] - 54:3
preferences [1] - 44:16
prejudice [3] - 25:9, 25:10, 36:9
prepare [5] - 46:12, 46:18, 47:10, 67:11, 68:7
prepared [3] - 47:16, 67:19, 69:6
presence [1] - 35:2
PRESENT [1] - 1:21
present [23] - 8:5, 8:9, 25:19, 29:18, 30:7, 30:20, 31:14, 32:16, 32:22, 37:5, 39:25, 51:22, 52:4, 65:22, 67:16, 67:19, 68:2, 68:4, 68:17, 69:11, 69:20, 70:5, 70:14
presentation [1] - 45:10
presented [5] - 30:22, 33:2, 33:16, 65:9, 69:7
presenting [2] - 30:25, 70:23
Preservation [1] - 36:15
president [5] - 17:15, 17:16, 40:6, 40:7, 71:15
President [23] - 1:12, 7:25, 8:20, 10:25, 11:2, 16:7, 16:9, 16:16, 18:18, 20:16, 21:8, 21:23, 24:2, 33:20, 34:15, 39:13, 50:10, 50:21, 51:7, 51:15, 54:9, 65:18, 69:13
PRESIDENT [31] - 2:2, 2:22, 4:25, 5:4, 5:12, 6:24, 22:25, 23:8, 23:15, 23:20, 24:5, 24:9, 30:13, 34:12, 37:17, 38:10, 38:19, 39:3, 39:12, 40:5, 40:13, 40:21, 41:7, 41:21, 53:21, 55:6, 55:11, 62:16, 63:12, 73:21, 74:12
Presidential [1] - 16:21
presiding [1] - 3:7
print [1] - 68:14
printer [2] - 49:5, 68:14
problem [2] - 3:19, 3:21
problems [3] - 18:16, 18:21, 24:8
procedural [1] - 18:16
procedure [1] - 10:10
proceed [8] - 3:24, 18:24, 21:2, 21:10, 21:14, 23:6, 29:2, 46:6
proceeding [2] - 6:23, 18:22

proceedings [1] - 75:9
proceeds [1] - 29:13
process [10] - 2:25, 9:21, 9:22, 14:24, 21:3, 21:15, 56:3, 69:2, 69:18, 70:12
produced [1] - 10:17
product [1] - 62:12
Production [2] - 4:3, 27:17
PRODUCTION [1] - 1:4
professional [1] - 6:5
prohibits [1] - 6:4
proof [3] - 46:10, 62:3, 62:4
propaganda [2] - 43:13, 43:19
proper [1] - 26:5
protect [1] - 19:15
protected [2] - 17:20, 44:9
protective [1] - 17:23
proud [2] - 42:16, 71:19
proved [1] - 42:5
provided [2] - 32:23, 33:17
Public [1] - 75:5
publicly [1] - 34:22
Puerto [2] - 63:6, 63:23
purposes [1] - 23:2
pursuant [1] - 4:2
put [10] - 7:2, 9:5, 33:20, 36:2, 44:24, 45:19, 47:24, 51:10, 58:23, 63:14
putting [3] - 22:15, 30:4, 55:9

## Q

questioned [1] - 17:12
questions [18] - 29:25, 45:16, 45:18, 45:19, 45:22, 45:23, 46:7, 47:17, 47:20, 51:2, 51:4, 51:7, 51:9, 51:14, 51:17, 58:9, 58:14, 63:10
quite [1] - 23:11
quote [4] - 36:12, 37:21, 39:3, 40:14
quotes [2] - 71:16, 71:17

## R

race [2] - 42:25, 44:7
races [3] - 28:7, 31:5, 44:5
racial [1] - 31:2
racism [2] - 37:3, 44:25
racist [5] - 28:9, 35:9, 42:4, 61:21, 63:4
raining [1] - 55:4
raised [4] - 13:20, 17:22, 20:9, 54:10
Ramirez [1] - 29:6
read [15] - 2:23, 8:3, 8:7, 8:10, 22:12, 26:24, 27:3, 27:10, 27:14, 29:8, 38:11,

43:12, 54:2, 62:22, 74:8
ready [1] - 72:9
realize [2] - 35:2, 36:7
reason [6] - 19:13, 32:6, 32:15, 43:5, 55:6, 71:4
reasons [1] - 30:22
received [3] - 15:4, 48:23, 58:25
receiving [1] - 35:20
recess [3] - 45:4, 45:6, 45:7
recite [1] - 7:24
recommendation [1] - 20:22
record [21] - 2:18, 6:20, 7:8, 7:11, 9:5, 9:17, 12:25, 13:8, 15:13, 18:6, 18:7, 22:16, 26:25, 33:21, 38:11, 53:21, 54:2, 62:20, 64:5, 65:13, 75:8
Recording [2] - 11:7, 15:4
recording [2] - 18:3, 22:21
recordings [1] - 22:22
refer [1] - 72:23
referring [2] - 32:8, 48:8
reflected [1] - 56:20
regular [1] - 19:20
rejected [1] - 58:6
related [1] - 75:11
relatives [3] - 17:17, 36:4, 40:8
relevant [1] - 14:17
religion [1] - 44:8
religions [1] - 44:5
remove [1] - 18:11
repeat [1] - 53:7
reporter [5] - 5:15, 7:4, 62:17, 62:19, 75:5
reporting [1] - 72:13
repose [1] - 51:5
represent [1] - 44:4
representing [2] - 19:8, 19:10
represents [1] - 32:17
request [1] - 67:13
requested [8] - 8:16, 11:16, 13:25, 27:7, 29:2, 29:9, 53:16, 60:5
requesting [1] - 62:22
requests [1] - 52:14
require [1] - 36:16
requirements [1] - 22:17
reserve [1] - 51:16
respect [4] - 16:6, 28:3, 49:24, 63:13
respond [2] - 47:19, 62:7
response [2] - 16:24, 47:14
rest [1] - 64:4
Review [1] - 52:25
review [3] - 14:4, 46:25, 66:4
reviewed [1] - 20:11

Rican [2] - 63:6, 63:23
rid [5] - 40:24, 41:22, 42:6, 42:9, 43:20
ridden [1] - 43:18
ridiculed [1] - 16:19
ridiculing [1] - 18:25
rights [8] - 14:24, 19:16, 23:19, 26:20, 36:13, 42:15, 54:16, 58:15
room [1] - 65:19
roots [1] - 41:9
rule [2] - 26:10, 63:22
rules [2] - 56:2, 69:18
rulings [2] - 3:25, 20:11
run [4] - 17:13, 34:20, 39:7, 46:5
running [2] - 34:21, 61:16

## S

Sarawillo [3] - 4:11, 5:3, 29:7
Saturday [2] - 49:3, 49:9
savior [1] - 43:16
saw [1] - 35:17
scheme [1] - 36:2
Schwartz [11] - 3:6, 5:20, 6:9, 10:20, 14:6, 18:2, 54:3, 64:24, 65:2, 65:9, 65:23
SCHWARTZ [90] - 1:13, 3:9, 6:12, 6:16, 7:5, 8:15, 9:2, 9:12, 9:23, 10:5, 11:18, 14:4, 18:8, 18:15, 21:17, 21:22, 22:2, 22:8, 22:14, 23:7, 23:14, 23:17, 23:21, 24:6, 24:14, 24:17, 24:22, 25:3, 25:7, 27:10, 29:12, 30:19, 32:20, 33:3, 33:7, 33:19, 34:2, 34:8, 37:15, 45:5, 45:9, 45:13, 46:4, 46:15, 47:13, 47:18, 48:16, 49:6, 51:21, 52:5, 53:4, 53:8, 54:5, 54:9, 55:9, 55:17, 55:22, 56:4, 56:7, 56:18, 56:24, 57:6, 57:12, 57:19, 58:5, 60:4, 63:16, 63:20, 64:2, 64:23, 65:12, 65:16, 66:15, 66:23, 67:13, 67:24, 68:8, 68:16, 69:19, 69:25, 70:4, 70:13, 71:25, 72:5, 72:8, 72:12, 72:17, 73:20, 73:24, 74:5
second [11] - 14:9, 20:23, 24:2, 24:18, 25:16, 25:24, 45:17, 50:5, 50:6, 51:22, 57:7
Secretary [6] - 10:16, 11:5, 11:7, 15:5, 27:15, 69:14
Section [2] - 28:19, 29:3
section [7] - 8:16, 11:16, 13:25, 27:7, 29:9, 53:16,

60:5
See [1] - 57:5
see [3] - 19:3, 40:23, 58:21
seeking [1] - 6:4
selected [4] - 3:12, 11:12, 16:11, 24:4
Selection [1] - 10:24
Semitic [4] - 28:10, 28:14, 42:3, 48:22
Semitism [3] - 34:19, 37:2, 61:21
send [5] - 52:10, 52:14, 57:9, 57:25, 74:9
sending [1] - 66:5
sent [16] - 12:18, 13:15, 16:25, 17:4, 19:17, 19:18, 20:6, 33:24, 34:3, 46:10, 49:6, 49:7, 55:2, 56:11, 57:24, 62:24
sentence [2] - 6:6, 9:25
series [1] - 13:21
serve [2] - 15:25, 66:13
served [7] - 10:12, 10:13, 15:8, 16:15, 18:20, 20:24, 23:23
set [4] - 2:25, 8:2, 26:3, 26:24
sets [2] - 4:7, 13:6
seven [2] - 57:3, 57:25
sexual [1] - 44:8
share [2] - 44:10, 44:19
sheet [1] - 7:23
Shirley [5] - 11:3, 13:17, 65:6, 65:7, 65:10
shop [3] - 31:13, 31:19, 32:3
Shop [2] - 31:20
shops [5] - 14:13, 31:11, 32:24, 33:15, 50:13
short [1] - 45:6
shorthand [1] - 75:4
show [1] - 68:11
showed [3] - 47:3, 56:22, 71:2
shows [1] - 71:16
shut [1] - 6:25
sic [1] - 47:9
side [2] - 52:23, 52:24
sides [2] - 23:18, 52:22
sign [2] - 7:23, 18:6
sign-in [1] - 7:23
signed [14] - 7:22, 10:13, 10:21, 11:20, 13:5, 15:5, 15:14, 15:20, 29:5, 30:17, 55:15, 55:16, 55:20, 55:25
single [1] - 65:19
sisters [1] - 44:18
Sitting [1] - 2:15
situation [2] - 33:14, 64:17
slanderous [1] - 42:12
small [1] - 36:10

Smart [1] - 38:21
sole [1] - 42:6
solidarity [1] - 44:19
someone [2] - 25:10, 32:22
sometimes [1] - 72:22
soon [2] - 72:8, 74:5
sorry [6] - 6:13, 19:22, 27:12, 50:6, 72:20, 73:10
Sorry [2] - 60:22, 73:8
Spanish [10] - 1:23, 11:21, 27:12, 27:13, 33:10, 33:12, 61:12, 61:13, 62:15, 64:14
special [1] - 20:20
Special [8] - 4:5, 5:20, 7:17, 12:3, 12:6, 12:18, 12:21, 26:2
specific [1] - 48:25
speech [12] - 14:18, 17:21, 17:23, 28:9, 34:13, 35:3, 36:22, 37:4, 50:3, 50:16, 50:24, 50:25
spelling [1] - 35:12
spent [1] - 42:14
spoken [1] - 54:18
spot [1] - 35:23
spread [2] - 39:24, 43:24
spreading [2] - 40:15, 48:21
staged [1] - 69:8
stand [2] - 44:18, 67:6
start [1] - 3:10
started [4] - 31:14, 33:6, 43:2, 43:24
state [7] - 18:23, 27:25, 50:10, 53:10, 61:6, 61:9, 64:3
State [2] - 60:15, 75:6
statement [3] - 11:20, 11:22, 62:13
statements [1] - 17:17
states [1] - 15:6
stating [1] - 55:17
stay [1] - 46:24
Stenographer [1] - 22:24
STENOGRAPHER [1] - 74:11
stenographer [2] - 18:9, 67:3
stepmother [1] - 3:22
Stern [2] - 11:5, 13:17
sticker [2] - 38:12, 38:21
still [5] - 17:13, 36:9, 36:24, 39:6, 65:23
stop [3] - 39:18, 44:23, 44:24
strength [1] - 34:24
Subject [1] - 20:17
subject [2] - 17:9, 25:25
submitted [1] - 52:8
suggested [1] - 11:12
Suite [1] - 1:13

supposed [1] - 69:11
surprising [1] - 23:23
Swartz [2] - 22:25, 33:24

## T

table [1] - 2:15
Tape [1] - 22:21
tape [2] - 19:3, 22:21
taping [1] - 19:2
terminated [1] - 35:12
terms [1] - 44:12
testimony [1] - 75:8
THE [56] - 2:2, 2:22, 4:25, 5:4, 5:12, 6:24, 8:13, 13:24, 22:25, 23:8, 23:15, 23:20, 24:5, 24:9, 27:6, 30:13, 30:21, 31:20, 32:23, 33:8, 33:11, 34:6, 34:12, 37:17, 38:10, 38:19, 39:3, 39:12, 40:5, 40:13, 40:21, 41:7, 41:21, 53:14, 53:18, 53:21, 54:17, 55:6, 55:11, 58:24, 60:7, 60:21, 62:16, 62:21, 63:12, 64:15, 64:25, 65:7, 65:20, 68:18, 70:3, 70:7, 70:16, 73:21, 74:11, 74:12
thieves [1] - 60:11
thinking [1] - 73:7
thinks [1] - 50:23
third [8] - 15:11, 20:23, 24:2, 24:18, 25:17, 25:24, 27:11, 27:13
three [16] - 3:24, 4:7, 8:21, 13:6, 19:19, 21:7, 21:11, 22:6, 26:11, 26:13, 29:25, 41:2, 41:12, 53:24, 54:11, 64:9
throughout [1] - 36:9
tired [1] - 59:7
Today [1] - 44:20
today [1] - 57:18
today's [1] - 13:4
together [2] - 31:12, 44:17
tomorrow [2] - 44:21, 46:20
tonight [15] - 2:3, 2:15, 7:9, 7:14, 18:24, 21:11, 22:4, 22:9, 44:24, 67:20, 68:4, 69:21, 70:6, 70:15, 74:7
Tonight [1] - 37:5
took [1] - 32:5
totally [1] - 25:12
towards [3] - 29:16, 32:8, 43:4
transcribe [1] - 22:24
transcribed [1] - 22:23
transcript [3] - 18:10, 22:21, 75:7
translate [6] - 8:14, 11:15, 13:22, 53:15, 60:4, 62:17

83

translated [5] - 8:17, 27:8, 29:10, 53:17, 60:6
translates [1] - 62:18
translator [1] - 62:18
Treasurer [2] - 10:16, 11:6
Trial [26] - 2:16, 3:12, 3:14, 5:16, 10:24, 13:19, 14:8, 15:24, 19:21, 20:7, 20:8, 20:10, 20:18, 20:21, 21:12, 21:13, 26:7, 26:11, 26:13, 30:9, 58:6, 63:13, 64:11, 67:3, 67:23, 73:25
TRIAL [2] - 1:5, 1:16
trial [12] - 2:5, 3:7, 3:14, 7:7, 21:15, 26:17, 26:22, 26:23, 29:3, 29:13, 63:14, 66:25
trials [1] - 22:20
true [6] - 15:6, 15:7, 20:15, 65:13, 73:15, 75:8
True [1] - 36:22
truly [1] - 36:19
try [4] - 9:8, 59:12, 71:8, 73:6
trying [2] - 59:20, 63:15
turn [3] - 6:12, 18:12, 51:9
two [11] - 3:17, 16:6, 22:7, 26:6, 26:11, 26:16, 29:16, 30:11, 52:22, 61:18, 64:9
type [4] - 30:25, 31:8, 58:12, 71:8

## U

unanimous [3] - 3:25, 26:9, 26:15
under [4] - 16:10, 20:15, 47:22, 49:11
understand [3] - 19:5, 23:3, 35:6
unethical [1] - 37:8
UNION [1] - 1:4
union [5] - 22:19, 27:21, 28:6, 31:11, 31:13
Union [41] - 2:7, 2:11, 4:3, 10:4, 14:7, 14:13, 15:21, 17:13, 19:25, 20:16, 22:18, 28:11, 28:16, 28:25, 29:2, 31:4, 32:17, 34:21, 35:10, 35:13, 35:25, 36:3, 37:22, 37:23, 39:6, 39:13, 39:16, 40:25, 41:8, 41:10, 41:11, 44:6, 50:13, 52:19, 52:20, 52:21, 59:21, 65:17, 69:17, 73:5, 73:15
Union's [1] - 3:2
Unions [1] - 44:3
unions [1] - 19:10
UNITED [1] - 1:4
United [2] - 4:3, 27:16
unlawful [1] - 35:14

unless [4] - 22:22, 48:5, 48:17, 68:13
unnamed [1] - 14:20
unsanctioned [1] - 35:14
unsigned [1] - 11:22
up [13] - 7:8, 19:9, 25:2, 25:5, 25:7, 25:22, 43:4, 47:8, 48:5, 50:17, 61:19, 61:20, 71:16
upbringing [1] - 42:24
upcoming [1] - 27:21
useless [1] - 22:22

## V

Valentina [14] - 4:12, 4:15, 5:6, 5:8, 5:24, 12:16, 13:4, 13:13, 20:4, 27:18, 54:12, 58:22, 58:23, 70:13
various [1] - 2:5
venom [1] - 35:6
verbal [1] - 35:4
verses [1] - 31:15
vial [1] - 38:12
vibrate [1] - 7:2
Vice [3] - 11:2, 16:9, 23:25
vicious [2] - 39:24, 42:12
victim [1] - 34:18
Victor [6] - 3:20, 3:21, 11:12, 13:18, 15:22, 17:10
views [2] - 31:25, 36:23
violated [1] - 14:25
violating [1] - 28:18
violation [1] - 15:9
violent [3] - 72:25, 73:5, 73:6
vision [1] - 42:24
Vote [1] - 38:21
vote [3] - 26:11, 38:3, 39:18
Votes [1] - 38:13
vulnerable [1] - 35:18

## W

Wait [3] - 51:21, 61:10
wake [1] - 47:8
walked [1] - 65:18
wants [5] - 41:9, 48:18, 66:12, 68:23, 71:12
warpath [1] - 35:24
ways [1] - 36:7
week [2] - 72:14, 72:16
welcome [1] - 54:14
wet [1] - 55:5
whole [3] - 40:14, 49:20, 49:21
wholly [1] - 26:5
Win [1] - 38:14
wind [1] - 25:22

Wins [1] - 38:13
witness [5] - 29:20, 29:22, 30:2, 45:16, 45:17
witnesses [3] - 29:19, 30:5, 67:2
words [3] - 36:12, 39:22, 42:8
workers [7] - 17:15, 39:15, 40:6, 42:16, 44:4, 44:10
WORKERS [1] - 1:4
Workers [1] - 27:17
Workers' [1] - 4:3
works [1] - 31:4
world [4] - 36:10, 36:14, 42:25, 43:17
write [1] - 50:18
writes [1] - 42:23
writing [1] - 52:7
written [2] - 13:12, 35:3
wrote [1] - 42:21

## X

xenophobic [1] - 28:9
Xi [2] - 28:18, 29:3

## Y

ya'll [1] - 62:10
Yanira [3] - 4:10, 4:23, 29:6
year [1] - 42:19
years [4] - 19:6, 71:5, 71:20, 73:17
yesterday [6] - 19:23, 20:5, 46:11, 47:4, 47:7, 66:6
York [4] - 1:7, 1:14, 75:6
youlike [1] - 30:19
young [1] - 43:2