# TRIAL COMMITTEE
## LOCAL 17-18 UNITED PRODUCTION WORKERS UNION

**Charges of Eligio Garcia, *et al.* v. Daniel Mello, Valentina Gonzalez, Elkin Garcia, and Matias Cordoba**

Allegation:

Matias Cordoba posted the following on Facebook:

"Colleagues this is the opportunity we were waiting for for so many years, because we all know that while the union is LED by a Jew and the companies that manage this union are owned by a Jew and we will never be well defended and not because they are bad."

The group posted message on WhatsApp which stated:

"– Fight for the rights of employees and take out that Jew that only benefits other Jews.

– we have nothing against the Jews, but if the union is still run by Jews we will be FUCKED.

– the current president of the union is Jewish and allows his Jewish friends to decide how they want the workers' contracts.

– we need a president held by the workers, not a president who fixes everything with his Jewish relatives."

Brother Mello posted on WhatsApp:

"take out that Jew that only benefits other Jews with companies"

Finding on Allegation:

X Guilty

_____ Not Guilty

Constitution Section charged with violating:

Article XI Section 2 – Abusing another member

X Guilty

_____ Not Guilty

1

Penalty (if Guilty):

_____ Fine – If yes, Amount: _____

_____ Suspension from membership for _____

__X__ Expulsion from the union

_____ Reprimand

We certify the above decision:

Jose Alonso_____

Elizabeth Hernandez_____

Marcia Alcala_____

Osvaldo Diaz_____

Victor Bello_____