# The Law Offices of Retu Singla, P.C.
## A Working People's Law Center

October 21

The Honorable Ann Donnelly
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    <u>Mello et. al v United Production Workers Union, Local 17-18</u>
Court File No. 1:20-CV-05035

Dear Judge Donnelly,

    This letter is to update the Court that late last night Defendants confirmed that they would not expel Plaintiffs from membership of the Union.

    In view of this confirmation, I write to inform the Court that plaintiffs respectfully withdraw their Order to Show Cause for a temporary restraining order and preliminary injunction filed on October 20, 2020. I will contact your Honor's calendar clerk this morning to confirm that we are withdrawing the order to show cause.

                        Sincerely,

                        *s/ Retu R. Singla*

cc: Arthur Z. Schwartz (via e-mail: aschwartz@afjlaw.com)

