_____X

| | |
|---|---|
| DANIEL MELLO, VALENTINA GONZALEZ, ELKIN GARCIA, MATIAS CORDOBA, JEAN GONZALEZ and ALEJANDRA GOMEZ, | Civil Action No. |
| Plaintiffs, | |
| vs. | STATUS REPORT |
| UNITED PRODUCTION WORKERS UNION, LOCAL 17-18, a Labor Organization, and DOUGLAS ISAACSON | |
| Defendants. | |

_____X

## FIRST STATUS REPORT

Pursuant to the Court's October 21, 2020 Order, Plaintiff provides the following status report in this matter:

1.	Plaintiffs do not intend to withdraw their complaint at this time.

2.	Defendants have continued their improper conduct in connection with the "expulsion proceedings" and the upcoming union election. For example, Defendants improperly posted on the official union web page that the Plaintiff Candidates had in fact been successfully expelled. That is, of course, false. After this statement was taken down, further improper and misleading statements were posted on the union web page that were taken down

only after Plaintiffs filed repeated pre-election protest with the United States Department of Labor.

3.      Plaintiffs are considering whether to amend their complaint to challenge Defendants' continuing violation of the LMRDA and other federal laws.

Respectfully submitted,

Dated: October 28, 2020
New York, New York

Retu R. Singla
Law Office of Retu Singla
11 Broadway
Suite 615
New York, NY 10004
(646) 228-4729
rsingla@workingpeopleslaw.com
Attorneys for Plaintiffs