| | |
|---|---|
| DANIEL MELLO, VALENTINA GONZALEZ, ELKIN GARCIA AND MATIAS CORDOBA, JEAN GONZALEZ and ALEJANDRA GOMEZ<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PRODUCTION WORKERS UNION, LOCAL 17-18, a Labor Organization,<br><br>Defendant. | **CIVIL ACTION NO: 20-cv-5035**<br><br>**JUDGE: Ann M. Donnelly** |

## PLAINTIFFS' NOTICE OF DISMISSAL OF COMPLAINT

Plaintiffs Daniel Mello, Valentina Gonzalez, Elkin Garcia, Matias Cordoba, Jean Gonzalez and Alejandra Gomez (together, the "Plaintiffs"), by and through their Attorney, The Law Office of Retu Singla, pursuant to Rule Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against United Production Workers Union Local 1718 ("Local 1718"), without prejudice.

Plaintiffs are dismissing this action because there is no longer a basis for the relief sought. This action was brought to prevent Local 1718 from ejecting Plaintiffs—who sought to participate in an election challenging the current leadership of the Union—from membership in the Union. Such ejection would thus make Plaintiffs ineligible to challenge the current leadership of the Union in the union leadership election scheduled for the 30 day period running from November 14, 2020 to December 14, 2020. Since the complaint was filed, Local 1718 failed to eject Plaintiffs and the union leadership election resulted in a

tally of votes that was certified by the United Stated Department of Labor.

Defendant Local 1718 has neither filed an answer to the complaint nor a motion for summary judgment as to any claims.  Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted,

RETU R. SINGLA

February 16, 2021

*/s/ Retu R. Singla*
RETU R. SINGLA 5298
Law Office of Retu Singla,
A Working People's Law Center
11 Broadway
Suite 615
New York, NY 11220
(646) 228-4729
rsingla@workingpeopleslaw.com

## CERTIFICATE OF SERVICE

Retu R. Singla., an attorney, hereby certifies that she caused the above and foregoing document to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day February 16, 2021.


s/ *Retu R. Singla*